**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:21-cv-2730-TPB-CPT | **DATE:** February 11, 2022 |
| **HONORABLE THOMAS P. BARBER** | |
| **HOWARD CROSBY, et al.**<br><br>v.<br><br>**LLOYD AUSTIN, et al.** | **PLAINTIFF COUNSEL:**<br>Brandon Johnson & Travis Miller<br><br>**DEFENSE COUNSEL:**<br>Liam Holland, DOJ |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 9:33 – 10:28; 10:45 – 11:19; 11:27 – 11:42; 12:13 – 12:47 p.m.<br>**TOTAL:** 2 hrs 3 mins. | **COURTROOM:** 14A |

**PROCEEDINGS:** MOTION HEARING (Evidentiary)

Court hears arguments on motion to stay or for temporary restraining order/preliminary injunction (Doc. 10).

MSgt. Jessica Caldwell takes stand (sworn); Sgt Major Howard Crosby takes stand (sworn).

Order to follow.