EXHIBIT 1

## DECLARATION OF SGM HOWARD A. CROSBY JR.
## IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS

1. I am a Sergeant Major in the U.S. Army Reserves and have served for 24+ years with over 12 years as a Reservist serving on Active Duty.

2. I am currently stationed at U.S. Army North, Joint Base San Antonio, Texas as a Drilling Individual Mobilization Augmentee (DIMA) and I am domiciled in Brandon, Florida.

3. As a Reservist, I have spent my entire career serving in the Chaplain Corps as a Religious Affairs NCO (formally Chaplain's Assistant) and around half of my career as a reservist serving on Active Duty. On Active Duty, I spent one year with Army Central Command (ARCENT) serving in Qatar, nine+ years at U.S. Central Command (CENTCOM) in Tampa, Florida, and two+ years at Special Operations Command in Tampa, FL. While serving with ARCENT and CENTCOM, I traveled to Iraq, Afghanistan, Kuwait, Qatar, Bahrain, Egypt, Jordan, and Kyrgyzstan on various missions. In the reserves, I spent between 2015 and 2020 as part of the U.S. Army Chief of Chaplains Contingency Force Pool. While at Special Operations Command, I assisted the Command Chaplain and his staff in his vision of producing an Ethics Field Guide for Special Operations Forces (SOF) leaders. The result of that vison was the "13 Ethical Battle Drills for the SOF Leader" field guide, and the first ethical dilemma addressed is 'standing up to an abuse of power.' I believe I am ethically and morally obligated as a SGM in the US Army, and as a Christian, to stand up not just for myself, but also for all the service members that may not be able to so.

4. Awards: In 2014 I received the CENTCOM star performer award from General Austin, the Commander of CENTCOM. Other awards I have received include; Defense Meritorious Service Medal, Joint Commendation Medal, Army Commendation Medal, Joint Service Achievement Medal, Joint Meritorious Unit Award, Army Good Conduct Medal, Army Reserve Component Achievement Medal, National Defense Service Medal, Global War on Terrorism Expeditionary Medal, Global War on Terrorism Medal, Noncommissioned Officer Professional Development Ribbon, Army Service Ribbon, Overseas Ribbon, Armed Forces Reserve Medal with 20 year device silver hourglass, Armed Forces Reserve Medal with M device, and the Expert Marksmanship Badge (Rifle, Pistol), among others. I graduated from the

Senior Leaders course with the leadership award, and from the Total Army Instructors Training Course. My civilian education consists of a Master of Business Administration from Southeastern University, and a Bachelor of Science in Business (Magna Cum Laude) from Victory University.

5. Key Points:

   a. I was ordered to take the EUA vaccine instead of the properly licensed and labeled vaccine in an email dated 5 October 2022. (Attachment 1)

   SGM Crosby,

   BLUF: The Pfizer-BioNTech COVID-19 vaccine available at the BAMC Vaccination Site is chemically identical to the Comirnaty vaccine.

   From the ARNORTH OSURG: "The difference is solely the name on the label. Another way to look at it is the difference between brand name and generic labeling. Tylenol and Acetaminophen are identical. Advil and Ibuprofen are identical. Comirnaty and BNT162b2 are identical."

   See Annex LL to FRAGO 5 to HQDA EXORD 225-21:" The FDA-approved COVID-19 Comirnaty vaccine is the same as the Pfizer-BioNTech vaccine that was administered under the FDA's Emergency Use Authorization (EUA)."

   And from the attached "equivalent memo":
   "Previously, on December 11, 2020, the FDA issued an Emergency Use Authorization (EUA) for the Pfizer-BioNTech COVID-19 vaccine, which has the same formulation as the Comirnaty vaccine. Per FDA guidance, these two vaccines are "interchangeable" and DoD health care providers should "use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine."

   The vaccine is available now, please let me know NLT COB tomorrow, 6 OCT, whether or not you intend to get vaccinated. If you do not, we will set up mandatory counseling to review your way ahead.

   Have a great evening,
   LTC Teta

   b. I was counseled on 12 October 2021 to get vaccinated or to face administrative actions if I did not, to include separation from the military. This is not conjecture as the defense claims, it was put into writing by my commander. (Attachment 2)

   I am counseling you for the conduct noted above. Continued conduct of this nature may result in initiation of a bar to reenlistment, administrative action to include your separation from the service, and/or punitive action under the UCMJ. If this conduct continues, action may be initiated to involuntarily separate you from the service under AR 635-200. If you are involuntarily separated, you could receive an Honorable, General Under Honorable Conditions, or Other Than Honorable discharge. If you receive an Honorable Discharge, you will be qualified for most benefits resulting from your military service. If you receive a General Under Honorable Conditions Discharge or an Other Than Honorable Discharge, you may be disqualified from reenlisting in the service for some period and you may be ineligible for many, if not all, veterans benefits to include but not limited to the Montgomery G.I. Bill and post-9/11 G.I. Bill. If you receive a General Under Honorable Conditions or Other Than Honorable Discharge, you may face difficulty obtaining civilian employment as employers may have low regard for less than Honorable discharges.

   c. The Secretary of Defense ordered that only fully licensed vaccines would be mandated in accordance with FDA labeling and guidance. Therefore, the order from my commander to take an EUA vaccine is not only unlawful, it also is his failure to follow a lawful order.

> Mandatory vaccination against COVID-19 will only use COVID-19 vaccines that receive full licensure from the Food and Drug Administration (FDA), in accordance with FDA-approved labeling and guidance. Service members voluntarily immunized with a COVID-19 vaccine under FDA Emergency Use Authorization or World Health Organization Emergency Use Listing in accordance with applicable dose requirements prior to, or after, the establishment of this policy are considered fully vaccinated. Service members who are actively participating in COVID-19 clinical trials are exempted from mandatory vaccination against COVID-19 until the trial is complete in order to avoid invalidating such clinical trial results.

d.  Currently, the Pfizer shot that I was ordered to take is still under EUA, as shown on the Pfizer website.

## PFIZER-BIONTECH COVID-19 VACCINE (ALSO KNOWN AS BNT162B2)

**This product information is intended only for residents of the United States.**

This product is exclusively distributed within the U.S. under an Emergency Use Authorization from FDA.

The Pfizer-BioNTech COVID-19 vaccine has not been approved or licensed by the U.S. Food and Drug Administration (FDA), but has been authorized for emergency use by FDA under an Emergency Use Authorization (EUA) to prevent Coronavirus Disease 2019 (COVID-19) for use in individuals 16 years of age and older. The emergency use of this product is only authorized for the duration of the declaration that circumstances exist justifying the authorization of emergency use of the medical product under Section 564(b)(1) of the FD&C Act unless the declaration is terminated or authorization revoked sooner. Please see EUA Fact Sheet at www.cvdvaccine.com (http://www.cvdvaccine.com).

e.  The defense states that the reason that I cannot find the proper vaccine is that I have not exhausted all means through Army channels. This statement in and of itself confirms that the correct vaccine is not available to all service members, and therefore they are admitting that they are administering EUA vaccines to service members. A 'BLA compliant,' vaccine, if they are even available, is still under EUA and does not follow FDA labeling and guidelines and is 'legally distinct.'

f.  The CDC website shows that no approved vaccine (Comirnaty or Spikevax) is currently available anywhere. The defense can waste the time of this court on wild goose chases in hopes that they will find one, but according to the CDC website there are no plans to have one anytime in the near future.

| Manufacturer | FDA Authorization (BLA, EUA, Pre-EUA) | Sale Proprietary Name | Product Description | Unit of Sale NDC10 (UOS) | UoS Package | Unit of Use NDC10 (UOU) | UoU Presentation | |
|---|---|---|---|---|---|---|---|---|
| Pfizer-BioNTech | BLA-licensed for ages 16+ | COMIRNATY | 30 mcg/0.3 mL for adult 16+ (original formula) | 0069-1000-02 | CARTON, 195 MULTI-DOSE VIALS | 0069-1000-01 | VIAL, 2 mL, MULTI-DOSE VIAL | COMINATY products are not orderable at this time. NDCs are listed per FDA Structured Product Label (SPL) document for the BLA licensed product. These codes are not included in CDC Vaccine Code Set files at this time. Pfizer has provided the following statement regarding the COMINARTY branded NDCs and labels: |
| | | | | 00069-1000-03 | CARTON, 25 MULTI-DOSE VIALS | | | |

3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Moderna US. Inc. | BLA-licensed for ages 18+ | SPIKEVAX | 0.5 mL dose (same as original EUA formula) | 80777-100-99 | CARTON, 10 MULTI-DOSE VIALS, EACH VIAL CONTAINING 5.5 mL | NA | VIAL, 5.5 mL, MULTI-DOSE VIAL | SPIKEVAX products are not orderable at this time. NDCs are listed per FDA Structured Product Label (SPL) document for the BLA licensed product. These codes are not included in CDC Vaccine Code Set files at this time. Moderna has provided the following statement regarding the SPIKEVAX branded NDCs and labels: "Moderna received FDA BLA license on January 31, 2022, for its COVID-19 vaccine SPIKEVAX (COVID-19 Vaccine, mRNA) for use in individuals 18 and older. At that time, the FDA published a BLA package insert that included the new approved trade name SPIKEVAX and listed 2 new NDCs (80777-100-99, 80777-100-98). |
| | | | | 80777-100-98 | CARTON, 10 MULTI-DOSE VIALS, EACH VIAL CONTAINING 7.5 mL | NA | VIAL, 7.5 mL, MULTI-DOSE VIAL | At present, Moderna does not plan to produce any product with these new NDCs and labels over the next few months while EUA authorized Moderna COVID-19 Vaccine product is still available and being made available for U.S. distribution. As such, the CDC, AMA, and drug compendia may delay publishing these new codes until Moderna has determined when the product will be produced with the BLA labels." |

g. In my correspondence with the office of the under secretary of defense, the chief of staff wrote that Pfizer didn't want to produce the fully licensed vaccine till all EUA vaccines had been used up. (Attachment 3)

SGM Crosby,

Please stand-by. ASD(HA) is working on a policy memo that will help clear up this issue for Service Members. The bottom line is that no disciplinary action should be taken for Service Members like you. The DOD will work to get you a lot of vaccine under FDA licensure (BLA) as an alternative to the EUA. The bottle may not be labeled Comirnaty – but the drug would have been formulated under the BLA and not the EUA. The problem is that Pfizer won't start distributing the BLA-labeled drug until all of the EUA drug is off the shelf.

Please let me know if you need a note to your chain of command to help with this.

VR

Richard G. Malish
COL, USA
Military Deputy and Chief of Staff
Office of the Assistant Secretary of Defense for Health Affairs

h. Since my original declaration, I have filed a religious accommodation request (Attachment 4). While this is a data point about my case, my main complaint is that the licensed and labeled vaccine is not available and they are administering a vaccine that is still under EUA.

i. I am also now naturally immune to COVID. I contracted COVID and tested positive with a rapid test on 2 March 2022. I got a high fever and chills, congestion, and my right hand was white and went numb. That night I had extreme night sweats where I was literally dripping with

sweat. Thankfully, I had contacted Americasfrontlinedoctors.org last year and was prepared with prescribed Ivermectin, Vitamin C and D, Zinc, and azithromycin. I took the prescription as soon as my symptoms started on the 2nd and the morning of the 3rd I woke up symptom free and even went for a jog that day. (I still tested positive by PCR test, that morning for COVID so I quarantined). I let my command know of my infection and my outcome on 4 March and requested what paperwork was needed to document my infection. The doctor who had counseled me for the vaccine was very appreciative that I shared my story on what I took for my recovery. I heard nothing back from the commander. I followed up with an email on 25 March requesting the process for a medical exemption from the doctor as I had already been exposed, recovered, and now had natural immunity. She referred me to the admin folks, so I sent an email to my commander and the reserve affairs folks on 5 April, and did not hear back. I followed up again on 3 May, and the reserve affairs office responded that they would send me an example. Still no response from my commander.

6. **Comirnaty is not available.** I went to Fort Sill, OK for temporary duty and on 15 NOV 21 I went to the clinic and requested Comirnaty, which they informed me they did not have. I asked if they had a BLA compliant lot and provided them with the lot numbers that were stated as BLA compliant, and they did not. Also on November 17th, I went to MacDill AFB, and asked the same questions. **They informed me that they did in fact have a BLA compliant lot, but when I asked if it was manufactured before the BLA approval came out, they said that it was.** I went again to MacDill AFB on 13 January and asked for Comirnaty. At first they said they had it, but then they said they had the BLA compliant lots. I asked for the lot number and they stated it was FL 3209 with an expiration date of 06/2022. I have tried researching this online to see if that was a new BLA compliant lot, but have not been able to find the information. I asked to see the package insert to see the listed ingredients, but they did not have it available for me to see. They instead gave me the purple cap fact sheet which states:

    i. **"The possible side effects of the vaccine are still being studied in clinical trials."**

    ii. **Under the EUA, it is your choice to receive or not receive the**

vaccine."

> There is no mention of BLA compliant lots in the fact sheet being approved by the FDA to be used legally 'as if' they were the BLA approved vaccine. Therefore, by the information presented to me, they were offering me an EUA vaccine.

7. Since I live in Florida and my unit is in San Antonio Texas, most everything has been done over emails other than the counseling I received via facetime on 12 OCT 21.

8. The commander of my unit, counseled me on 12 OCT 21 even though I, at that time, had not even declined to be immunized. AR 600-20 5-4g(2) states that before the first step for mandatory vaccinations and the process of exemptions or administratively discharging the Soldier, is that the soldier has to decline immunization. I had never done this at that point in time, as I had only declined the Emergency Use Authorization Pfizer-BioNTech vaccine, not the FDA fully licensed in accordance with FDA labeling and guidance, Comirnaty. The third step in that regulation is that the commander must ensure the soldier had the ability to discuss concerns with medical authorities, which I was not given the opportunity to do before the counseling, even though I had, upon finding out about the requirement, scheduled an appointment with my primary care manager at the VA Clinic in Tampa for their first available appointment. In the counseling, I was threatened with a General Officer letter of reprimand, flag in my file, potential of getting an other than honorable discharge, and losing all military and/or VA benefits if I continued to refuse the vaccine. I had pushed back to my commander originally on 1 October saying that I was not declining the shot, but was unable to find Comirnaty. I was ordered to take the shot or get counseled for not taking it (See Attachment 1). My commander attached a memo from the Office of the Under Secretary of Defense, a FRAGO from ARNORTH, and the process for medical exemptions, Religious Exemptions, or being separated from service. I reiterated that I was going to see my health care provider on the 18th of October, but that I may pursue an exemption depending on what I found out at my appointment and the research I would do up till the deadline of November 15th (Attachment 5).

Sir,

As mentioned before, I have an appointment with the VA doctor on the 18th and will be doing research before that time. So if you need an answer today, then I would say that I am looking into an exemption and will be preparing a packet if I decide that is necessary by the due date of November 15th.

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR

He then scheduled counseling which took place on 12 OCT 21 (even though I had not declined the vaccine) and he provided the draft counseling form (Attachment 2) as a read ahead along with the SecDef Memo the day before the counseling. After the counseling on the 12th, later that night, I sent an email (technically 13 OCT 21 since it was after midnight) laying out clearly all my confusion about the order because the referenced website in the equivalent memo didn't state what the memo said it did, and questioning the counseling session with all the referenced material. (Attachment 6). I stated in that email: "To my knowledge, a subordinate organization cannot override the direct order from the SecDef and directly go against it by ordering subordinates to get the Pfizer-BioNTech vaccine 'as if' it were the licensed product." He asked me to alter the draft counseling form per our conversation in the counseling, which I did to the best of my remembrance of the conversation. I had thought he was taking notes from the counseling and was going to send me the updated one to sign, but he was thinking I was taking notes and updating it, so there was some discrepancy between what he remembered and what I remembered.

I did what I said I was going to do, and after researching more about the vaccines and meeting with my primary care physician, filed for a religious exemption on November 15th.

9.    I was given an initial counseling form for the religious and medical exemptions, but had not signed either of them before mid-November, as they both stated that the reason for the counseling was because I had declined the vaccine, which I had not done. At that time I did not scheduled an appointment with the Chaplain as I did not believe that I need a religious exemption due to the illegality of the order, since I had not declined the vaccine only that I had not been able to find the fully approved vaccine. Others in my chain of command were cc'ed on my responses including the Staff Judge Advocate for the Command.

10. Throughout the process, which started with an email on 30 September 2021 up until 6 NOV 21, I had not been on duty at all. At the time of the

counseling, the last time I had been on duty was June of 2021. I am not sure how I could be counseled for an event (not getting vaccinated), when that did not happen while on duty or at a time when I was scheduled for duty. I also do not know how the penalty of UCMJ action can be advised in the counseling when United States v. Morita suggests that reservists are not under UCMJ authority when not on duty.

11. As part of my research that I informed my commander that I would do before the 15 November deadline, I reached out on 15 October 2021 directly via phone call (left a message) to the POC listed on the 'equivalent memo' (COL Michael Berecz) produced by the Office of the Under Secretary of Defense. I followed up with another phone call and an email on 18 OCT 21, and another email on 19 OCT 21. Since I had not received a reply to any method of communication, I then looked up the Office of the Under Secretary of Defense online and sent an email on 21 OCT 21 to SES Virginia Penrod, the acting ASD(M&RA). I received a reply on 22 OCT 21 that she forwarded my message to the Health Affairs office. Just over 30 minutes later on 22 OCT I received a reply from COL Richard Malish, the chief of staff, who asked if I was under pressure to receive the EUA vaccine, and told me to please stand by as clarifying guidance was in the works. In an email response from him on 25 OCT 21 he stated "The bottom line is that no disciplinary action should be taken for Service Members like you." And also stated from him in another email about the distribution of the approved vaccine; **"The problem is that Pfizer won't start distributing the BLA-labeled drug until all of the EUA drug is off the shelf."** In a subsequent reply also on 25 OCT 21 he stated **"Drugs under an EUA cannot be mandated for Service Members without an exemption from POTUS."** (Attachment 3 shows the emails.) **This clearly shows that the defense was administering the EUA vaccine to service members, and this was known at the highest levels.**

12. I reached out to the Staff Judge Advocate for the command to ask for clarity after my counseling on 12 OCT and was informed that he couldn't talk to me since my interests may be in conflict with the interests of the command and directed me to his office. After talking with his office on the phone, they stated that I should talk to the IG office as they couldn't help, so I reached out to the IG's office and provided them will all the documentation about the EUA and my experiences (to open an inquiry, not an investigation as I wasn't looking to get anyone in trouble but rather just to clarify my concern). Once I had established contact with the Office of the Under Secretary of Defense, I let my commander know on the 25th of October that I was being told to stand

by (Attachment 7) and let the IG know. After letting the IG know this, they gave me a final reply that said that my issue would be handled by the Office of the Under Secretary of Defense and they would take no further action on it. They also stated that the counseling was fine, even though they provided no documentation on how they reached this conclusion. I followed up in another email requesting reference material on how they reached that conclusion, but to date they have provided nothing to me.

13. In early November, I had recently come to understand that all COVID-19 Vaccines may still experimental, including Comirnaty, which I believe makes making a mandate for any of them a violation of the Nuremburg Code, which causes me even greater concern. My understanding is there are no long-term studies for any of them (since they haven't been out very long), therefore the long term safety is completely unknown, and with studies continuing on them through 2027 this makes them experimental, in my opinion. In the BLA approval memo for Comirnaty, it is approved but the company is required to perform additional studies. The letter states: "We have determined that an analysis of spontaneous postmarketing adverse events reported under section 505(k)(1) of the FDCA will not be sufficient to assess known serious risks of myocarditis and pericarditis and identify an unexpected serious risk of subclinical myocarditis. Furthermore, the pharmacovigilance system that FDA is required to maintain under section 505(k)(3) of the FDCA is not sufficient to assess these serious risks. Therefore, based on appropriate scientific data, we have determined that you are required to conduct the following studies…" These studies will not be completed till May 31, 2027. Mandating any vaccine that is experimental, in my opinion, violates the first point in the Nuremburg Code which states:

"The voluntary consent of the human subject is absolutely essential. This means that the person involved should have legal capacity to give consent; should be situated as to be able to exercise free power of choice, without the intervention of any element of force, fraud, deceit, duress, over-reaching, or other ulterior form of constraint or coercion, and should have sufficient knowledge and comprehension of the elements of the subject matter involved as to enable him to make an understanding and enlightened decision. This latter element requires that before the acceptance of an affirmative decision by the experimental subject there should be made known to him the nature, duration, and purpose of the experiment; the method and means by which it is to be conducted; all inconveniences and

hazards reasonably to be expected; and the effects upon his health or person which may possibly come from his participation in the experiment. The duty and responsibility for ascertaining the quality of the consent rests upon each individual who initiates, directs or engages in the experiment. It is a personal duty and responsibility which may not be delegated to another with impunity."
(https://research.unc.edu/human-research-ethics/resources/ccm3_019064/)

Furthermore, the Nuremburg code states;

"The experiment should be so designed and based on the results of animal experimentation and a knowledge of the natural history of the disease or other problem under study that the anticipated results will justify the performance of the experiment" (same reference as above).

Since my understanding is that the previous decades of studies on mRNA vaccines have not been successful, that studies of animals have not been fully completed, or perhaps skipped entirely (animals injected with the vaccines, then exposed to the virus to test the effectiveness), and that studies to determine serious adverse events will not be completed till 2027, then **I would conclude that these shots are still in the experimental stage, as also stated on the Pfizer fact sheet, and mandating them violates the Nuremburg code**.

14. To better understand the risks of the shots I have been asking the following questions of medical authorities (including my PCM at the VA, two virologists at different universities, and the chief medical officer at the Henry M Jackson Foundation, etc.), and no one has been able to adequately answer them. I am not a researcher or medical expert, but I wanted to state that I have been doing as much investigation into this as I can.

   a. How do we know the modified protein is safe when the virus' protein is cytotoxic?
   b. The CDC director, Dr. Rochelle Walensky, stated that the vaccines can't prevent transmission, so how is the statement on my counseling statement accurate? ("The purpose of the COVID-19 vaccine is to prevent the spread of the COVID-19 disease. This is a readiness, health, and welfare priority for the Total Army.")  If it just reduces symptoms and doesn't stop transmission, then doesn't it stand to reason that the

vaccine will cause more people to think they are healthy and spread it to others, causing an increase in cases and an increase in the disease?

c. With reports (and a preprint study) that fully vaccinated were more likely to get the delta variant, how do we know that these vaccines and subsequent boosters prevent the spread and do not just 'pressure select' the next variant?

d. If the survival rate according to CDC numbers is 98.4% overall (Total deaths divided by total cases, as of 5 NOV, even though the number is much smaller for my age group) (https://www.cdc.gov/coronavirus/2019-ncov/), and there are no long term studies of the vaccine, and the vaccines do not prevent transmission, then why should a healthy person in his 40's get the vaccine and potentially risk death, his future health, and the readiness of the Army?

e. Why should I use a vaccine with no known long-term data, when I can take medications for early care that have a proven short- and long-term safety record and that people in my family and friends have taken and recovered fully and quickly with?

f. There have been doctors talking about and showing isolated cases of the effects the shots have on a persons immune system, how do we know how this going to affect our immune system short- or long-term? What studies are being doing on how the shots affect the immune system?

15. In mid-November, (after my first declaration on 5 NOV 2021) I decided that I must submit my religious exemption, as it appeared there was no longer a way to maintain my deeply held religious convictions without being pushed into doing that (Attachment 4), even though I still believe that the order on its face is illegal (being an EUA, with no availability for the approved vaccine). **It is important for the court to know that I received a Religious Exemption for my government contractor role (civilian job) back in November, which at the time this was originally filed was my primary job.** For my military exemption, it took a long time for the process before I was able to set up a meeting with the Chaplain for the interview, and even longer before I was able to speak with the provider for Army North. The provider was great at attempting to answer my questions, although she was not able to answer most. She pushed our meeting back so she could continue to look into the questions that I was asking. The questions that I asked her (emailed them all prior to the first scheduled meeting) were as follows:

- If the virus spiked protein is cytotoxic, how do we know that the vaccine created spiked protein is not?
- What studies have been completed on animals where they get the shot and then are exposed to the virus and was there any risk identified with the shot?
- Does your office has Comirnaty to administer?
- What is the mortality rate for my age group (41 years old) from COVID?
- What are the short and long term side effects of the vaccine?
- What adverse reactions have been reported from the vaccine?
- What things can I do to prevent me from getting the virus instead of taking the vaccine?
- Are there any effective early treatments for COVID?
- With the Omicron variant spreading among the vaccinated, does this suggest the possibility of pressure selection by the virus through the introduction of vaccines? (since it is spreading all over the world and the person that got it in CA was triple vaccinated)
- How will the shots will stop the spread of the virus since the CDC director has said (I believe the video I saw was an interview with Wolf Blitzer) that it doesn't prevent transmission?
- With the Barnstable study that showed 74% of those infected with the virus were fully vaccinated, and 4 out of 5 hospitalized were fully vaccinated, how can we say that the vaccine lowers the risk of hospitalization?  Anecdotally, my former boss, a retired Chaplain and Colonel, had his entire family come down with COVID. Three people were hospitalized (his wife, and father- and mother-in-law). The in-laws were fully vaccinated and his father in law passed away. So in that case 2 of the three were vaccinated and required hospitalization and one died.
- With the data from the UK (week 47) that showed that overall the majority of deaths (~80%) from COVID were from the fully vaccinated, and in my age group (40-49) the majority of deaths (just over 50%) were in fully vaccinated, how can we say that the vaccine reduces the risk of death when it doesn't seem to make a difference?
- How many cases of myocarditis have been identified in Army personal post vaccine?
- How many Soldiers have died or been hospitalized after getting the shot as potential reactions to the vaccine or from COVID?
- With the EUA for the PCR test ending at the end of December, what test will replace it?
- What cycle threshold is currently being used to establish a positive PCR test? (my understanding is there are 5 different PCR tests that ARNORTH

uses, and the CT value would be different for each, last I knew it was between 40-45 depending on the manufacturer)

- I have seen anecdotal evidence that the vaccine depletes lymphocyte and natural killer cells after the shot,  has the Army done any research in this area? (like before and after full blood tests on those that have received the shot).
- Anecdotally, in people that I know, my healthy 33 year old female co-worker got the shot and was hospitalized with blood clots in both of her lungs, my former boss (48 year old male) suffered a heart attack (thankfully survived), and my cousin was hospitalized with low platelets. Has the Army seen any change from year over year numbers in heart issues or blood issues?
- In the American Heart Association journal there is an article titled 'mRNA COVID vaccines dramatically increases endothelial inflammatory markers and ACS risk as measured by the PULS cardiac test.' Has the Army explored this in any way?
- With the pre-print study titled 'transmission potential of vaccinated and unvaccinated persons infected with the SARS-CoV-2 Delta variant in a federal prison, July-August 2021" that stated "...Clinicians and public health practitioners should consider vaccinated persons who become infected with SARS-CoV-2 to be no less infectious than unvaccinated persons" what protocol is in place for vaccinated individuals that get the infection, and how are break through infections tracked for everyone that tests positive for COVID-19?
- LTC Teresa Long submitted an affidavit under the penalty of perjury on her concerns as the flight surgeon for her base, how would you respond to her claims of increased heart issues among service members?

After her inability to answer most all of the questions (as she wasn't able to get much information from others about this, but from my perspective did a great job trying), I informed her that she hadn't given me any reason to believe that there is confidence that vaccines will not harm my body (the temple of the Holy Spirit), or prevent infection, and as such I was not able to take the vaccine without violating my deeply held religious belief.

16. I do not understand how this can be a 'readiness issue' if the military is willing to kick out a 24+ year Sergeant Major over not taking the experimental vaccine, when it is evident (from my perspective, and that of scientific studies) that getting the shot and even the booster does not prevent the Soldier from getting or spreading the virus. We recently witnessed the Secretary of Defense, the Vice President, and many others in DC getting the virus despite having the

13

shots and the booster. We also saw a fully vaccinated navy ship, the USS Milwaukee, have an outbreak of COVID that sidelined the ship and its mission. **If everyone is vaccinated, and that doesn't prevent the outbreak, then how is this a readiness issue?**

17. To me, it is clear that the current vaccines do not provide protection from getting the virus, and according to a team of 500 doctors/scientists/practitioners, the Pfizer shot cause more harm than good. https://www.canadiancovidcarealliance.org/wp-content/uploads/2021/12/The-COVID-19-Inoculations-More-Harm-Than-Good-REV-Dec-16-2021.pdf#page 26

https://rumble.com/vqx3kb-the-pfizer-inoculations-do-more-harm-than-good.html

When I read the Pfizer trail data (that the FDA and Pfizer wanted 50+ years to release) that showed that 20 people died in the vaccinated group compared to 14 in the unvaccinated group, it was a clear sign to me that these experimental vaccines cause more harm than not getting the vaccine.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. I executed this declaration on May 4rd, 2022.

SGM Howard A. Crosby, Jr.

14

# Attachment 1

A follow up portion for this email. I went to the VA today to get my blood drawn for my appointment on the 18th and asked about Comirnaty. They didn't even know what I was talking about and I had to show them the documents that it is the only FDA approved vaccine. They did not have any Comirnaty available. Just wanted to let you know that I'm still trying.

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Sent:** Friday, October 01, 2021 5:30 PM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA); Messer, Scotty L SGM USARMY ARNORTH (USA)
**Subject:** RE: FOR ACTION: Confirm COVID-19 Vaccination Status NLT COB 23 SEP 21 (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Sir,

BLUF: I have not received the vaccine yet as I haven't found where Comirnaty (the FDA approved shot) is available.

I went to Walmart today to see if I could get the Comirnaty shot and get more info about it, but they said they don't have it, and don't know when they will get it in. I also called the VA yesterday to set up an appointment with my PCM there to discuss if I should get the shot since I had an allergic reaction to the flu shot a while ago (that's why I haven't gotten one in a long time). I asked the lady setting up the appointment about the availability of Comirnaty, and she didn't even know what that was. Hopefully the doc that I see on the 18th of October can provide better insight. In the meantime I'll do my research and see if I should even try to request an exemption before the deadline for the shots.

On another note about the order... First, please forgive my questions as I try to learn a bit more about the requirements. Being a Religious Affairs NCO, one of my jobs while I was on AD for 9+ years at CENTCOM and 2+ years at SOCOM was to research things and try to make sure I advised my Chaplains to not step into something that could get them in trouble (Sometimes a full time job for that alone! LOL). So I write the following with that approach in mind.

I'm confused. In the document that you attached (reattached on this email), it was ordered that the only one mandatory shot is the "Pfizer/Comirnaty" shot. However, those are actually two shots that are legally distinct. While they can be used interchangeably for safety and efficacy, or to complete a series, the BLA specifically states (page three in the notes at the bottom, attached) that they are "legally distinct." Since they are legally distinct, and the Pfizer shot is currently under EUA (see second attachment, 2nd page, top paragraph) and as such not authorized to be mandatory (21 U.S. Code Section 360bbb-3, link below), and as only the President can allow the waiver in writing for

specific missions (10 U.S. Code Section 1107, link below), can you advise me on where the Comirnaty shots are or will be available? Does ARNORTH have the Comirnaty shot, or just the Pfizer shot? I'm finding it difficult to locate Comirnaty.

Sir, I'm not trying to be confrontational or difficult, there are many, many people (probably most!) way smarter than me in the command, so maybe there is something that I'm missing, or looking at incorrectly. If there is please let me know, I covet your input! I just want to make sure that you and others in the command are protected and advised on possible risks as from my perspective the Pfizer shot may not legally be allowed to be mandated. And if the Comirnaty shot isn't yet available, that could mess up your time tables. Maybe you aren't the right person to ask these questions of, so if you're able to point me in the right direction, I'd greatly appreciate it!

Anyway, I wanted to update you on my progress and respond as soon as possible so you didn't think I was ignoring the requirement or refusing to comply with the order. Thanks so much for all you are doing in navigating these difficult waters, and thanks for your time and help in this matter!
Respectfully,
SGM Crosby

21 U.S. Code § 360bbb-3 - Authorization for medical products for use in emergencies | U.S. Code | US Law | LII / Legal Information Institute

10 U.S. Code § 1107 - Notice of use of an investigational new drug or a drug unapproved for its applied use | U.S. Code | US Law | LII / Legal Information Institute (cornell.edu)

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

**From:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Sent:** Thursday, September 30, 2021 6:47 PM
**To:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA); Messer, Scotty L SGM USARMY ARNORTH (USA)
**Subject:** RE: FOR ACTION: Confirm COVID-19 Vaccination Status NLT COB 23 SEP 21 (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

CLASSIFICATION: UNCLASSIFIED//FOR OFFICIAL USE ONLY PROTECTED BY PRIVACY ACT

Good evening SGM Crosby,

We're working through this requirement slowly but surely. I appreciate your quick response and RFI.

BL: The ARNORTH IMA population is required to get the vaccination now.

Please reference the attached Senior Command order. The Mission statement directs all SMs, to include those in the Selected Reserve (i.e., IMAs), to receive the COVID-19 vaccine.

We will work with the IMA population individually on how best to accomplish this task.

Please confirm that your MEDPROS status is accurate, it shows that you have not received the COVID vaccine.

We will be following up to schedule a mandatory counseling session to discuss your status.

Have a great evening,
LTC Teta

LTC Rich Teta
Commander, HHBN, U.S. Army North
Office: 210-221-4115
Gov Cell: 210-240-4870
Cell: 253-448-4473
NIPR: richard.p.teta.mil@mail.mil
SIPR: richard.p.teta.mil@mail.smil.mil

---

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA) <howard.a.crosby.mil@mail.mil>
**Sent:** Thursday, September 23, 2021 9:44 AM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA) <richard.p.teta.mil@mail.mil>
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA) <shawndall.r.rawls.mil@mail.mil>
**Subject:** RE: FOR ACTION: Confirm COVID-19 Vaccination Status NLT COB 23 SEP 21 (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Good morning Sir,
I was unaware that this was a requirement for me at this time. I haven't seen anything from the command stating any requirements for reservist that are not on duty, or any timeline for those requirements. Please advise me of the requirements and timelines.

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

---

**From:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Sent:** Wednesday, September 22, 2021 7:44 PM
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA)
**Subject:** FOR ACTION: Confirm COVID-19 Vaccination Status NLT COB 23 SEP 21 (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

CLASSIFICATION: UNCLASSIFIED//FOR OFFICIAL USE ONLY PROTECTED BY PRIVACY ACT

Attachment 2

## DEVELOPMENTAL COUNSELING FORM
For use of this form, see ATP 6-22.1; the proponent agency is TRADOC.

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

| | |
|---|---|
| **AUTHORITY:** | 5 USC 301, Departmental Regulations; 10 USC 3013, Secretary of the Army. |
| **PRINCIPAL PURPOSE:** | To assist leaders in conducting and recording counseling data pertaining to subordinates. |
| **ROUTINE USES:** | The DoD Blanket Routine Uses set forth at the beginning of the Army's compilation of systems or records notices also apply to this system. |
| **DISCLOSURE:** | Disclosure is voluntary. |

### PART I - ADMINISTRATIVE DATA

| Name (Last, First, MI) | Rank/Grade | Date of Counseling |
|---|---|---|
| Crosby, Howard A | SGM/E9 | |

| Organization | Name and Title of Counselor |
|---|---|
| HHBN, U.S. Army North | LTC Richard Teta / Battalion Commander |

### PART II - BACKGROUND INFORMATION

**Purpose of Counseling:** *(Leader states the reason for the counseling, e.g. Performance/Professional or Event-Oriented counseling, and includes the leader's facts and observations prior to the counseling.)*

On 24 August 2021, the Secretary of Defense directed the Secretary of the Army to begin full vaccination of the U.S. Army against the COVID-19 disease.

On 10 September, the U.S. Army North Commander directed that all Army North Service Members receive at least their first dose of a COVID-19 vaccine by 17 September 2021. This directive was published in an electronic mail to the ARNORTH leadership on 13 September 2021.

Further, on 16 September 2021, the Fort Sam Houston Senior Commander and U.S. Army North Commander issued an order directing all Active Duty and Selected Reserve personnel to receive the COVID-19 vaccine at the Fort Sam Houston COVID-19 Vaccination Site.

On _06 October 2021_, you confirmed to me via electronic mail that you had not received the COVID-19 vaccine as of that date.

### PART III - SUMMARY OF COUNSELING
Complete this section during or immediately subsequent to counseling.

**Key Points of Discussion:**

The following key points regarding command authority and immunizations are required counseling topics under AR 600-20, paragraph 5-4g(2).

1. The purpose of the COVID-19 vaccine is to prevent the spread of the COVID-19 disease. This is a readiness, health, and welfare priority for the Total Army.

2. The COVID-19 disease in Tampa, at population centers throughout Florida; and at locations where you may be sent on TDY, travel on leave, or otherwise visit for official or unofficial purposes.

3. The COVID-19 vaccines are safe and effective at preventing the COVID-19 disease and reducing the risk of severe illness and death. COVID-19 vaccines reduce the risk of people spreading the virus that causes COVID-19. While you may have side effects after your vaccination, these are normal and should go away within a few days. It typically takes 2 weeks after vaccination for the body to build protection (immunity) against the virus that causes COVID-19. You are not fully vaccinated until 2 weeks after the second dose of a 2-dose vaccine or 2 weeks after a single dose vaccine. You can learn more about the COVID-19 vaccines at https://www.cdc.gov/coronavirus/2019-ncov/vaccines/index.html. Additionally, you may discuss any concerns you have about receiving the vaccine with medical professionals.

4. You are hereby ordered to become fully vaccinated with a COVID-19 vaccine that has received full licensure from the Food and Drug Administration (FDA), in accordance with FDA-approved labeling and guidance, subject to the availability of vaccines. This is a lawful order. Failure to obey this order may result in punitive or adverse administrative action. Voluntary immunization with a COVID-19 vaccine under FDA Emergency Use Authorization or World Health Organization Emergency Use Listing in accordance with applicable dose requirements prior to, or after receiving this order, constitutes compliance with this order.

5. If you believe you should be granted a medical exemption, then discuss this with your health care provider. If you wish to submit an administrative exemption request under AR 40-562, including a request for a religious accommodation, you must request it through your chain-of-command. Soldiers with active pending immunization exemption requests will not be immunized or subjected to adverse action for refusal to receive the vaccine, pending the outcome of their request or any appeal of a denied request. If you continue to refuse to be immunized after final denial of your exemption request/appeal, you will be in violation of my order in paragraph 4 above. You are further advised IAW AR 600-20, Appendix P-2b(4) that noncompliance with immunization requirements may adversely impact deployability, assignment, or international travel and that exemptions may be revoked under imminent risk conditions.

I am counseling you for the conduct noted above. Continued conduct of this nature may result in initiation of a bar to reenlistment, administrative action to include your separation from the service, and/or punitive action under the UCMJ. If this conduct continues, action may be initiated to involuntarily separate you from the service under AR 635-200. If you are involuntarily separated, you could receive an Honorable, General Under Honorable Conditions, or Other Than Honorable discharge. If you receive an Honorable Discharge, you will be qualified for most benefits resulting from your military service. If you receive a General Under Honorable Conditions Discharge or an Other Than Honorable Discharge, you may be disqualified from reenlisting in the service for some period and you may be ineligible for many, if not all, veterans benefits to include but not limited to the Montgomery G.I. Bill and post-9/11 G.I. Bill. If you receive a General Under Honorable Conditions or Other Than Honorable Discharge, you may face difficulty obtaining civilian employment as employers may have low regard for less than Honorable discharges.

### OTHER INSTRUCTIONS
This form will be destroyed upon: reassignment *(other than rehabilitative transfers)*, separation at ETS, or upon retirement. For separation requirements and notification of loss of benefits/consequences see local directives and AR 635-200.

**Plan of Action** *(Outlines actions that the subordinate will do after the counseling session to reach the agreed upon goal(s). The actions must be specific enough to modify or maintain the subordinate's behavior and include a specified time line for implementation and assessment (Part IV below)*

MANDATORY VACCINATION DECLINATION:

(1) The Service member will watch an educational video on the benefits of vaccination. The video is available for review at any time at https://www.cdc.gov/coronavirus/2019-ncov/vaccines/keythingstoknow.html. _____ (SM initial) _____ (CDR initial)

(2) Do you intend to comply with the order to receive the COVID-19 vaccine? _____ YES _____ NO (SM initial response) _____ (CDR initial)
 - If YES, scheduled appointment DTG: _____ - _____ (SM initial) _____ (CDR initial)

(3) Do you intend to request a medical or administrative exemption? _____ YES _____ NO (SM initial response) _____ (CDR initial)

 - If YES:
   SM will be provided with specific counseling and instructions to request desired exemption on a separate DA Form 4856. _____ (SM initial) _____ (CDR initial)

 - If NO:
   - You are directed to meet with a medical professional to discuss the vaccine and any concerns. Contact ARNORTH FHP Cell/LTC Evans for scheduling. Appointment DTG: _____ - _____ (SM initial) _____ (CDR initial)

   - NLT _____ (3 business days following medical counseling), SM will meet with the immediate commander for follow-up counseling. _____ (SM initial) _____ (CDR initial)

---

**Session Closing:** *(The leader summarizes the key points of the session and checks if the subordinate understands the plan of action. The subordinate agrees/disagrees and provides remarks if appropriate.)*

Individual counseled: ☐ I agree ☐ disagree with the information above.
Individual counseled remarks:

Signature of Individual Counseled:                                                                                    Date:

---

**Leader Responsibilities:** *(Leader's responsibilities in implementing the plan of action.)*

Leaders will ensure Service member has the opportunity to discuss any request for an administrative or medical exemption with the chain-of-command, medical, Chaplain, and/or legal professionals, as appropriate.

Signature of Counselor:                                                                                    Date:

---

**PART IV - ASSESSMENT OF THE PLAN OF ACTION**

**Assessment:** *(Did the plan of action achieve the desired results? This section is completed by both the leader and the individual counseled and provides useful information for follow-up counseling.)*

Counselor:                                        Individual Counseled:                                        Date of Assessment:

---

**Note:  Both the counselor and the individual counseled should retain a record of the counseling.**

DA FORM 4856, JUL 2014

Attachment 3

## RE: [Non-DoD Source] Re: Clarification of Memo (UNCLASSIFIED)

Malish, Richard G COL USARMY OSD OUSD P-R (USA)

**Sent:** Thursday, October 28, 2021 4:06 PM
**To:**  Crosby, Howard A Jr SGM USARMY ARNORTH (USA); Howie Crosby [howard_crosby@hotmail.com]
**Cc:**  Berecz, Michael COL USARMY OSD OUSD P-R (USA)

CLASSIFICATION: UNCLASSIFIED

SGM,

Thanks…not yet…but it remains a hot topic (of much debate between lawyers). I'm understanding that that particular piece of policy might not be signed – but an alternative policy  likewise offering the FDA-licensed product to all who desire it will soon be released. I will let you know as soon as I know more.

VR

Richard G. Malish
COL, USA
Military Deputy and Chief of Staff
Office of the Assistant Secretary of Defense for Health Affairs
1200 Defense Pentagon
Suite 3E1070
Washington, DC 20301
(703) 697-2111
richard.g.malish.mil@mail.mil

---

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA) <howard.a.crosby.mil@mail.mil>
**Sent:** Thursday, October 28, 2021 4:04 PM
**To:** Malish, Richard G COL USARMY OSD OUSD P-R (USA) <richard.g.malish.mil@mail.mil>; 'Howie Crosby' <howard_crosby@hotmail.com>
**Cc:** Berecz, Michael COL USARMY OSD OUSD P-R (USA) <michael.berecz2.mil@mail.mil>
**Subject:** RE: [Non-DoD Source] Re: Clarification of Memo (UNCLASSIFIED)

Good afternoon Sir,
Just wanted to follow up on this to see if any further guidance had been published. Thanks for your time and help!

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

---

**From:** Malish, Richard G COL USARMY OSD OUSD P-R (USA)
**Sent:** Monday, October 25, 2021 4:39 PM
**To:** 'Howie Crosby'

**Cc:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA); Berecz, Michael COL USARMY OSD OUSD P-R (USA)
**Subject:** RE: [Non-DoD Source] Re: Clarification of Memo (UNCLASSIFIED)

CLASSIFICATION: UNCLASSIFIED

SGM,

The BLA and EUA formulations are exactly the same. The only difference is that one was created under an emergency use authorization (EUA). Drugs under an EUA cannot be mandated for Service Members without an exemption from POTUS. There is no such requirement with a FDA-licensed drug (BLA)...

Technically Service Members shouldn't be punished for refusal to accept a EUA drug (although this is a matter of legal debate when, for example, Pfizer admits that both are the same and commits to emptying the shelves of the EUA version before stocking the BLA-version).

Now, however, we have BLA-approved lots of Pfizer...and we want to make sure that Service Members are secure that they are not getting an experimental drug. Under the pre-decisional aforementioned policy, only when they refuse the BLA formulation can Service Members be disciplined. Again, all of it is pre-decisional...but that's the policy direction as I see it.

VR

Richard G. Malish
COL, USA
Military Deputy and Chief of Staff
Office of the Assistant Secretary of Defense for Health Affairs
1200 Defense Pentagon
Suite 3E1070
Washington, DC 20301
(703) 697-2111
richard.g.malish.mil@mail.mil

**From:** Howie Crosby <howard_crosby@hotmail.com>
**Sent:** Monday, October 25, 2021 4:24 PM
**To:** Malish, Richard G COL USARMY OSD OUSD P-R (USA) <richard.g.malish.mil@mail.mil>
**Cc:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA) <howard.a.crosby.mil@mail.mil>; Berecz, Michael COL USARMY OSD OUSD P-R (USA) <michael.berecz2.mil@mail.mil>
**Subject:** [Non-DoD Source] Re: Clarification of Memo (UNCLASSIFIED)

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

---

Roger Sir, standing by.
Not sure if you can answer this, but the questions that I would have is what is the difference in formulation for the BLA  and EUA? Will the SecDef update the memo because he stated that the labeling had to be in compliance with the FDA?
Thanks for your time and help with this!

Respectfully,
**Howard 'Howie' Crosby Jr., MBA**
Sergeant Major, US Army North

RiderCoach® for the Motorcycle Safety Foundation
Realtor® for Argo Group Properties | SL3324238

Spiritual Program Coordinator, HJF In support of Consortium for Health and Military Performance (CHAMP), Uniformed Services University of the Health Sciences (USUHS)

Personal: Howard_crosby@hotmail.com < Caution-mailto:Howard_crosby@hotmail.com >
Joint: HowieShelly7312016@gmail.com < Caution-mailto:HowieShelly7312016@gmail.com >
Military: Howard.a.crosby.mil@mail.mil < Caution-mailto:Howard.a.crosby.mil@mail.mil >
USUHS: Howard.crosby.ctr@usuhs.edu

**Mobile** 813-399-1066

Caution-www.argogroupproperties.com < Caution-http://www.argogroupproperties.com/ >
Caution-www.arnorth.army.mil < Caution-http://www.arnorth.army.mil/ >
Caution-www.msf-usa.org < Caution-http://www.msf-usa.org/ >
Caution-http://www.hprc-online.org < Caution-http://www.hprc-online.org/ >

**Argo Office: 4713 N. Nebraska Ave, Tampa, FL 33603 < x-apple-data-detectors://7/1 >**

On Oct 25, 2021, at 3:48 PM, Malish, Richard G COL USARMY OSD OUSD P-R (USA) <richard.g.malish.mil@mail.mil> wrote:

CLASSIFICATION: UNCLASSIFIED

SGM Crosby,

Please stand-by. ASD(HA) is working on a policy memo that will help clear up this issue for Service Members. The bottom line is that no disciplinary action should be taken for Service Members like you. The DOD will work to get you a lot of vaccine under FDA licensure (BLA) as an alternative to the EUA. The bottle may not be labeled Comirnaty – but the drug would have been formulated under the BLA and not the EUA. The problem is that Pfizer won't start distributing the BLA-labeled drug until all of the EUA drug is off the shelf.

Please let me know if you need a note to your chain of command to help with this.

VR

Richard G. Malish
COL, USA
Military Deputy and Chief of Staff
Office of the Assistant Secretary of Defense for Health Affairs
1200 Defense Pentagon
Suite 3E1070
Washington, DC 20301
(703) 697-2111
richard.g.malish.mil@mail.mil

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA) <howard.a.crosby.mil@mail.mil>
**Sent:** Monday, October 25, 2021 3:17 PM
**To:** Malish, Richard G COL USARMY OSD OUSD P-R (USA) <richard.g.malish.mil@mail.mil>

**Cc:** Berecz, Michael COL USARMY OSD OUSD P-R (USA) <michael.berecz2.mil@mail.mil>
**Subject:** RE: Clarification of Memo (UNCLASSIFIED)

Good afternoon Sir,
Sorry for the delayed reply, the system update booted me out from OWA on a personal computer (being a reservist, that's all I have access to).
Yes, I am being pressured to get the Pfizer vaccine now and have been counseled that if I do not get the Pfizer vaccine now, I will be refusing a lawful order (even though I have stated in writing that I was not refusing the vaccine, only that I was not able to find the Comirnaty vaccine in my area - I checked Walmart, CVS, Walgreens, and my PCM at the VA Clinic). I have provided all the necessary documentation about the confusion of the order to my commander, SJA, etc., but last Monday the commander stated again that I must get the Pfizer vaccine now. Does that help clarify?
Please feel free to call my cell phone, or email my personal email (howard_crosby@hotmail.com < Caution-mailto:howard_crosby@hotmail.com > ) for any questions that you may have, as I do not check this email as often as someone on active duty would.
Thanks so much for your time and your help clarifying Sir!

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com < Caution-mailto:Howard_Crosby@hotmail.com >
Government E-Mail: Howard.A.Crosby.mil@mail.mil < Caution-mailto:Howard.A.Crosby.mil@mail.mil >

---

**From:** Malish, Richard G COL USARMY OSD OUSD P-R (USA)
**Sent:** Friday, October 22, 2021 9:36 AM
**To:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Cc:** Berecz, Michael COL USARMY OSD OUSD P-R (USA)
**Subject:** RE: Clarification of Memo (UNCLASSIFIED)

CLASSIFICATION: UNCLASSIFIED

SGM Crosby,

Thanks for the email. Quick question – are you under pressure right now to receive vaccine under the Pfizer EUA? Please stand-by. Clarifying policy is in the works – but I'd like to understand your particular situation.

VR

Richard G. Malish
COL, USA
Military Deputy and Chief of Staff
Office of the Assistant Secretary of Defense for Health Affairs
1200 Defense Pentagon
Suite 3E1070

Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com < Caution-mailto:Howard_Crosby@hotmail.com >
Government E-Mail: Howard.A.Crosby.mil@mail.mil < Caution-mailto:Howard.A.Crosby.mil@mail.mil >

---

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Sent:** Monday, October 18, 2021 3:49 PM
**To:** Berecz, Michael COL USARMY OSD OUSD P-R (USA)
**Subject:** Clarification of Memo

Good afternoon Sir,
I'm reaching out to you as you are listed as the POC for the equivalent memo dated 14 September (attached for reference), and I am looking for clarification about that memo. First and foremost, thank you for your time in this matter as I am sure that you have a million things on your plate right now! I tried to call a couple times, and left a message last week, but I'm sure you are very busy so I figured an email may be best so you can respond when you are able and we don't have to play phone tag.

This may be perceived as too bold, to reach out to you directly, so I apologize if your office doesn't have an open door policy. Please feel free to tell me to go pound sand if this is inappropriate! :-) Please know that I am in no way trying to come across as disrespectful, I'm only trying to clarify an issue that has not been able to be answered at the lower levels. I know I am just a gain of sand on this beach we call the Army, trying to understand what direction the DoD ocean is moving us, so this email is an attempt to seek clarity.

I write to you because there appears to be a problem with that memo as there appears to be a statement that is incorrect, or no longer correct.

The memo states 'Per FDA guidance, these two vaccines are "interchangeable" and DoD health care providers should "use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine."1'
The use of the quotation marks suggests that it is a direct quote from the reference provided as 1: Caution-https://www.fda.gov/vaccines-blood-biologics/qa-comirnaty-covid-19-vaccine-mrna. < Caution-https://www.fda.gov/vaccines-blood-biologics/qa-comirnaty-covid-19-vaccine-mrna. >

However, after looking on the website that the reference provided "as if" is not found, and that statement is not anywhere on the referenced FDA site.  Currently (as of 18 OCT 21 1530), the referenced site states "Comirnaty has the same formulation as the FDA-authorized Pfizer-BioNTech COVID-19 vaccine and can be used interchangeably to provide the COVID-19 vaccination series without presenting any safety or effectiveness concerns. The products are **legally distinct** with certain differences that do not impact

safety or effectiveness." This lines up with the FDA document dated 22 September (attached for reference, highlighted portions on page 2 and 3 for ease of reading).

Also from the FDA website, under section 2.2.1 (page 7, top paragraph in link below) it states "COMIRNATY is the only vaccine or medical product that is FDA approved for prevention of COVID-19"
Caution-https://web-satx02.mail.mil/owa/redir.aspx?C=KlbJQ8x5eWDUD-qwfSdytSEAcO9rOFIzEqTYAWsh-2gCciV6bpLZCA..&URL=https%3a%2f%2fCaution-www.fda.gov%2fmedia%2f152432%2fdownload < Caution-https://web-satx02.mail.mil/owa/redir.aspx?C=KlbJQ8x5eWDUD-qwfSdytSEAcO9rOFIzEqTYAWsh-2gCciV6bpLZCA..&URL=https%3a%2f%2fCaution-www.fda.gov%2fmedia%2f152432%2fdownload >

Also, the Pfizer website states about it's COVID-19 vaccine "The Pfizer-BioNTech COVID-19 vaccine has not been approved or licensed by the U.S. Food and Drug Administration (FDA), but has been authorized for emergency use by FDA under an Emergency Use Authorization (EUA) to prevent Coronavirus Disease 2019 (COVID-19) for use in individuals 16 years of age and older." Caution-https://www.pfizer.com/products/product-detail/pfizer-biontech-covid-19-vaccine < Caution-https://www.pfizer.com/products/product-detail/pfizer-biontech-covid-19-vaccine >

Since the above shows that the only FDA approved vaccine is Comirnaty, and that Pfizer-BioNTech is still under EUA, and the SecDef memo states "Mandatory vaccination against COVID-19 will only use vaccines that receive full licensure from the Food and Drug Administration (FDA), in accordance with FDA-labeling and guidance" (attached for reference), is the equivalency memo still valid? Has a clarification memo been published if guidance has changed that I may have missed?

I have previously asked this question of my command and no one is able to answer it. The SJA wasn't able to answer the question, as he said my interests may be in conflict with the command's, and directed me to his office. I talked to the SJA office on the phone, and they were not able to answer the question either and directed me to the IG who has not been able to answer my question either, as of yet. I know that I am an imperfect man, trying to do my imperfect best, and I know they are in the tough position of navigating these difficult waters trying to do their best also, as I'm sure you are too, so I was hoping that you could provide clarification to the memo so I know what I am being ordered to do.

Please advise if Pfizer is still to be considered by the DoD to be used 'as if' it is the licensed vaccine and can be legally mandated 'as if' it is the Comirnaty vaccine, given that is not the current FDA guidance, and doesn't appear to be in line with the SecDef memo since it has not received full FDA licensure IAW FDA labeling and guidelines.

Thank you so much for your time, willingness to hear my concerns, and attention to this matter to clarify the position that the SecDef is ordering.
Respectfully,
SGM Crosby


Respectfully,

Attachment 4



**DEPARTMENT OF THE ARMY**
U.S. ARMY NORTH
1400 E. GRAYSON STREET
SAN ANTONIO, TX 78208

REPLY TO
ATTENTION OF

OCH

14 November 2021

MEMORANDUM FOR: LTC Richard Teta, Commander, HHBN, U.S. Army North.

SUBJECT: Request for Religious Accommodation – SGM Howard A. Crosby Jr.

1. In accordance with AR 600-20 paragraph 5-4g(2) and pursuant to AR 40-562, paragraph 2-6b(3), I request a religious accommodation for a waiver of AR 40-562 standards which may require immunization against COVID-19.

2. This request is based on my deeply held religious beliefs explained in enclosures 1 and 2. Being a member of the Chaplain Corps for over 23 years, and an active member of First Baptist Church in Brandon Florida, I do not believe that there would be an "objective basis" for questioning my sincerely held religious beliefs. I also understand that my "religious beliefs need not be acceptable, logical, consistent, or comprehensible to others in order to merit First Amendment protection" (Thomas, 450 U.S. at 714). The accommodation that I am requesting is to continue working the same way that I have since the beginning of the pandemic, and for the entire time I have been assigned to US Army North, which is without a vaccine for COVID-19 or the requirement of regular testing. Because this accommodation is no different than anything that I have done since the beginning of the pandemic, this puts no undue hardship on the U.S. Army.

3. I understand that regulation requires compliance with the immunization standards of AR 40-562 for non-accommodated Soldiers unless I am notified that my request is approved. If my request is disapproved, I understand I may continue to serve without an accommodation or I may request administrative separation. I also understand that an approved accommodation continues throughout my Army career, but may be suspended, modified, or revoked by appropriate authorities when required by military necessity.

4. The point of contact for this request is the undersigned at 813-399-1066 or howard.a.crosby.mil@army.mil.

-Signed-

HOWARD A. CORSBY JR.
SGM, USAR
Master Religious Affairs NCO, DIMA

Enclosure 1
Enclosure 2



Printed on Recycled Paper

SGM Crosby Religious Exemption – Enclosure 1                                    14 NOV 21

With this request, I am invoking my legal, federal religious exemption as defined under Article VII of the U.S. Civil Rights Act of 1964 for reasonable accommodation that is free of unlawful harassment, discrimination, or retaliation. The accommodation that I am requesting is to continue working the same way that I have since the beginning of the pandemic, and for the entire time I have been assigned to US Army North, which is without a vaccine or the requirement of regular testing. Because this accommodation is no different than anything that I have done since the beginning of the pandemic, this puts no undue hardship on the U.S. Army.

As a believe in Jesus Christ, God's only begotten Son and my personal Lord and Savior, I try my imperfect best to view everything through the lens of Bible, God's written word. God created my body as a temple of the Holy Spirit and He told me this in 1 Corinthians 6:19-20 "do you not know that your body is a temple of the Holy Spirit within you, whom you have from God? You are not your own." I will not defile my body, the temple of the Holy Spirit, with unwanted intrusions that God has guided me not to take.

In 1 Timothy 1:7 I know that "God has not given us a spirit of fear, but of power and of love and of a sound mind." He has given me a sound mind by putting me in a unique position as a Sergeant Major to learn about the Army's 'operational approach.' Since I know that Ephesians 6:12 tells me "For we wrestle not against flesh and blood, but against principalities, against powers, against the rulers of darkness of this world, against spiritual wickedness in high places," I try to look at everything through the lens of spiritual battle and an operational approach to the devils' objectives. I know that God has told me in Revelations 13:17 that everyone must get the mark of the beast "so that no one can buy or sell unless he has the mark, that is, the name of the beast or the number of his name." It is my firmly held religious belief that these vaccines are being used to bring on the mark of the beast, if they are not the mark of the beast themselves, and therefore taking them would violate my sincerely held religious beliefs. I can see from other countries, and in parts of our country that the ability to get food (like restaurants in NY), travel, and have a job is becoming dependent on having received the vaccine. This is unique to this vaccine, as no vaccines that I know of in the past have ever had a universal requirement to receive them or not be able to do business or live a normal life.

While God is gracious and has forgiven me of my sins by the power of the blood of Jesus Christ who paid the price of my sin on the cross, He calls me to live a Holy life that is pleasing to Him. He tells me in Romans 12:1-2 "I beseech you therefore, brethren, by the mercies of God, that ye present your bodies a living sacrifice, holy, acceptable unto God, which is your reasonable service. 2 And be not conformed to this world: but be ye transformed by the renewing of your mind, that ye may prove what is that good, and acceptable, and perfect, will of God." He also tells me that we should not knowingly commit sin when God states in James 4:17 "So whoever knows the right thing to do and fails to do it, for him it is sin." Therefore, if I believe something is harmful to my body, I am sinning if I knowingly and intentionally do it anyway.

My religious beliefs have guided me throughout my life. I joined the Army Reserves as a Chaplains Assistant in December of 1997 and have been serving in that role (with a name change

to religious Affairs NCO) ever since, advancing to the rank of Sergeant Major. While I am imperfect, and a sinner saved by grace, I try my imperfect best to live out my faith and beliefs. One example of this is spending 23 years (so far) in the Army Reserves and never getting a tattoo, which is pretty uncommon in the military (in my experience) but shows that I believe my body is the temple of the Holy Spirit. I also have stayed in shape my entire career, and have never failed a PT test or the new ACFT. Nothing in my past in regards to surgeries that I have had, nor vaccines that I have taken have ever led me to believe that those would bring about the mark of the beast, until now. Nor have any other vaccines been as potentially bad with unknown long term side effects for my body, the temple of the Holy Spirit, as I believe these vaccines are. Therefore, after many hours of prayer and meditation, and being guided by the Holy Spirit that lives in me, I firmly believe that God has directed me not to take these vaccines.

While these are my personal deeply held convictions, they are in line with the Church, First Baptist Church of Brandon, that I am a member of and adhere to their statement of faith (Baptist Faith & Message 2000 - The Baptist Faith and Message (sbc.net)) The Southern Baptist Convention states that man is made in Gods image, and that the Holy Spirit is present in the believer. I am also attaching the letter from my local church (Enclosure 2) that shows that I am a member, in good standing, and I look to God to guide and direct my path. I have attended, and/or been a member of, Baptist churches almost my entire life, so these beliefs are not just something I thought up one day. My beliefs are my beliefs, and are based on faith. With the firmly held belief that the body is a temple of the Holy Spirit, and that I should not do things that I know cause it harm, it is my belief that these vaccines cause harm, are bringing on the mark of the beast, so therefore I should not take them.

The law requires the military to presume the authenticity of my individual sincerely held beliefs. Policy guidance from the EEOC related to Title VII states:

> "Because the definition of religion is broad and protects beliefs, observances, and practices with which the employer may be unfamiliar, the employer should ordinarily assume that an employee's request for religious accommodation is based on a sincerely held religious belief. If, however, an employee requests religious accommodation, and an employer has an objective basis for questioning either the religious nature or the sincerity of a particular belief, observance, or practice, the employer would be justified in seeking additional supporting information." (Section 12: Religious Discrimination | U.S. Equal Employment Opportunity Commission (eeoc.gov))

Being a member of the Chaplain Corps for over 23 years, and an active member of my local church, and the reasons stated above, I do not believe that there would be an "objective basis" for questioning my sincerely held religious beliefs.

Furthermore, the Supreme Court made clear that "religious beliefs need not be acceptable, logical, consistent, or comprehensible to others in order to merit First Amendment protection" (Thomas, 450 U.S. at 714), so even if my beliefs do not make sense to the commander, The Surgeon General, or anyone in between, it doesn't negate the merit of First Amendment protection with this accommodation.

Attachment 5

## RE: FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Sent:** Wednesday, October 06, 2021 4:38 PM
**To:**  Teta, Richard P LTC USARMY ARNORTH (USA)
**Cc:**  Rawls, Shawndall R SSG USARMY ARNORTH (USA); Messer, Scotty L SGM USARMY ARNORTH (USA)

Sir,

As mentioned before, I have an appointment with the VA doctor on the 18th and will be doing research before that time. So if you need an answer today, then I would say that I am looking into an exemption and will be preparing a packet if I decide that is necessary by the due date of November 15th.

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

---

**From:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Sent:** Tuesday, October 05, 2021 7:42 PM
**To:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA); Messer, Scotty L SGM USARMY ARNORTH (USA)
**Subject:** FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

CLASSIFICATION: UNCLASSIFIED//FOR OFFICIAL USE ONLY PROTECTED BY PRIVACY ACT

SGM Crosby,

BLUF: The Pfizer-BioNTech COVID-19  vaccine available at the BAMC Vaccination Site is chemically identical to the Comirnaty vaccine.

From the ARNORTH OSURG: "The difference is solely the name on the label.  Another way to look at it is the difference between brand name and generic labeling.  Tylenol and Acetaminophen are identical.  Advil and Ibuprofen are identical.  Comirnaty and BNT162b2 are identical."

See Annex LL to FRAGO 5 TO HQDA EXORD 225-21:" The FDA-approved COVID-19 Comirnaty vaccine is the same as the Pfizer-BioNTech vaccine that was administered under the FDA's Emergency Use Authorization (EUA)."

And from the attached "equivalent memo":
 "Previously, on December 11, 2020, the FDA issued an Emergency Use Authorization (EUA) for the Pfizer-BioNTech COVID-19 vaccine, which has the same formulation as the Comirnaty vaccine. Per FDA guidance, these two vaccines are "interchangeable" and DoD health care providers should "use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine."

The vaccine is available now, please let me know NLT COB tomorrow, 6 OCT, whether or not you intend to get vaccinated. If you do not, we will set up mandatory counseling to review your way ahead.

Have a great evening,
LTC Teta

LTC Rich Teta
Commander, HHBN, U.S. Army North
Office: 210-221-4115
Gov Cell: 210-240-4870
Cell: 253-448-4473
NIPR: richard.p.teta.mil@mail.mil
SIPR: richard.p.teta.mil@mail.smil.mil

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA) <howard.a.crosby.mil@mail.mil>
**Sent:** Monday, October 4, 2021 3:43 PM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA) <richard.p.teta.mil@mail.mil>
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA) <shawndall.r.rawls.mil@mail.mil>; Messer, Scotty L SGM USARMY ARNORTH (USA) <scotty.l.messer.mil@mail.mil>
**Subject:** RE: FOR ACTION: Confirm COVID-19 Vaccination Status NLT COB 23 SEP 21 (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Sir,
A follow up portion for this email. I went to the VA today to get my blood drawn for my appointment on the 18th and asked about Comirnaty. They didn't even know what I was talking about and I had to show them the documents that it is the only FDA approved vaccine. They did not have any Comirnaty available. Just wanted to let you know that I'm still trying.

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Sent:** Friday, October 01, 2021 5:30 PM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA); Messer, Scotty L SGM USARMY ARNORTH (USA)
**Subject:** RE: FOR ACTION: Confirm COVID-19 Vaccination Status NLT COB 23 SEP 21 (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Sir,

BLUF: I have not received the vaccine yet as I haven't found where Comirnaty (the FDA approved shot) is available.

I went to Walmart today to see if I could get the Comirnaty shot and get more info about it, but they said they don't have it, and don't know when they will get it in. I also called the VA yesterday to set up an appointment with my PCM there to discuss if I should get the shot since I had an allergic reaction to the flu shot a while ago (that's why I haven't gotten one in a long time). I asked the lady setting up the appointment about the availability of Comirnaty, and she didn't even know what that was. Hopefully the doc that I see on the 18th of October can provide better insight. In the meantime I'll do my research and see if I should even try to request an exemption before the deadline for the shots.

On another note about the order... First, please forgive my questions as I try to learn a bit more about the requirements. Being a Religious Affairs NCO, one of my jobs while I was on AD for 9+ years at CENTCOM and 2+ years at SOCOM was to research things and try to make sure I advised my Chaplains to not step into something that could get them in trouble (Sometimes a full time job for that alone! LOL)  So I write the following with that approach in mind.

I'm confused. In the document that you attached (reattached on this email), it was ordered that the only one mandatory shot is the "Pfizer/Comirnaty" shot. However, those are actually two shots that are legally distinct. While they can be used interchangeably for safety and efficacy, or to complete a series, the BLA specifically states (page three in the notes at the bottom, attached) that they are "legally distinct." Since they are legally distinct, and the Pfizer shot is currently under EUA (see second attachment, 2nd page, top paragraph) and as such not authorized to be mandatory (21 U.S. Code Section 360bbb-3, link below), and as only the President can allow the waiver in writing for specific missions (10 U.S. Code Section 1107, link below), can you advise me on where the Comirnaty shots are or will be available? Does ARNORTH have the Comirnaty shot, or just the Pfizer shot? I'm finding it difficult to locate Comirnaty.

Sir, I'm not trying to be confrontational or difficult, there are many, many people (probably most!) way smarter than me in the command, so maybe there is something that I'm missing, or looking at incorrectly. If there is please let me know, I covet your input! I just want to make sure that you and others in the command are protected and advised on possible risks as from my perspective the Pfizer shot may not legally be allowed to be mandated. And if the Comirnaty shot isn't yet available, that could mess up your time tables. Maybe you aren't the right person to ask these questions of, so if you're able to point me in the right direction, I'd greatly appreciate it!

Anyway, I wanted to update you on my progress and respond as soon as possible so you didn't think I was ignoring the requirement or refusing to comply with the order. Thanks so much for all you are doing in navigating these difficult waters, and thanks for your time and help in this matter!
Respectfully,
SGM Crosby

21 U.S. Code § 360bbb–3 - Authorization for medical products for use in emergencies | U.S. Code | US Law | LII / Legal Information Institute


10 U.S. Code § 1107 - Notice of use of an investigational new drug or a drug unapproved for its applied use | U.S. Code | US Law | LII / Legal Information Institute (cornell.edu)

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)

Attachment 6

## RE: FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Crosby, Howard A Jr SGM USARMY ARNORTH (USA)

**Sent:** Wednesday, October 13, 2021 1:10 AM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Cc:** Messer, Scotty L SGM USARMY ARNORTH (USA); Whitten, Stanley E COL USARMY ARNORTH (USA); Adams, Steven J COL USARMY ARNORTH (USA); Burton, Wesley R SGM USARMY ARNORTH (USA)
**Attachments:** COVID-19 COMIRNATY EUA-BLA~1.pdf (125 KB) ; Pfizer - legally distinct ~1.pdf (466 KB) ; Mandatory COVID Vaccinatio~1.pdf (708 KB)

Sir,
I apologize, apparently the first three attachments didn't get sent with my last email, here they are for your reference.

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Sent:** Wednesday, October 13, 2021 1:06 AM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Cc:** Messer, Scotty L SGM USARMY ARNORTH (USA); Whitten, Stanley E COL USARMY ARNORTH (USA); Adams, Steven J COL USARMY ARNORTH (USA); Burton, Wesley R SGM USARMY ARNORTH (USA)
**Subject:** RE: FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Sir,

BLUF: I am following your order and have not declined the vaccination.

I'm making some things bold only to allow you the simplicity of scanning this long email quickly, I in no way am trying to come across as being disrespectful in any way shape or manner. I appreciate the difficult position in which you find yourself, and thank you for your professionalism in handling this difficult issue. The only reason that I feel led to address these issues is as being in the Chaplain corps, we are instructed to advise the command on ethical issues and I believe this is one. While I advise you on these issues, I acknowledge that you are the commander and use this advice to assess risk to make decisions, and I will follow all lawful orders given to me.

There appears to be a problem with the documentation that you provided to me on October 5th. In the equivalent memo that you sent me (reattached for reference) there appears to be a statement that is not true, or no longer true.

The memo states 'Per FDA guidance, these two vaccines are "interchangeable" and DoD health care providers should "use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine."1'
The use of the quotation marks suggests that it is a direct quote from the reference provided as 1: https://www.fda.gov/vaccines-blood-biologics/qa-comirnaty-covid-19-vaccine-mrna.

**However, after looking on the website that the reference provided "as if" is not found, and that statement is not in the referenced FDA site.** Currently, the referenced site states "Comirnaty has the same formulation as the FDA-authorized Pfizer-BioNTech COVID-19 vaccine and can be used interchangeably to provide the COVID-19 vaccination series without presenting any safety or effectiveness concerns. The products are **legally distinct** with certain differences that do not impact safety or effectiveness." (emphasis mine) This lines up with the FDA EUA documents that I previously provided (reattached for reference). **The FDA does not say the Pfizer-bioNTech vaccine can be used 'as if' it is licensed vaccine, so quoting it as such is not valid.** Therefore, the memo from the Assistant Secretary of Defense appears to no longer be valid, as the primary reference does not state what they say it does.

Also from the FDA website, under section 2.2.1 it states "**COMIRNATY is the only vaccine or medical product that is FDA approved for prevention of COVID-19**"
[*Pfizer Decision Memorandum 09 23 2021 EUA Assessment-Clinical Review Memo for Booster Dose (fda.gov)](fda.gov)

Furthermore, the Pfizer website states about it's COVID-19 vaccine "**The Pfizer-BioNTech COVID-19 vaccine has not been approved or licensed by the U.S. Food and Drug Administration (FDA), but has been authorized for emergency use by FDA under an Emergency Use Authorization (EUA) to prevent Coronavirus Disease 2019 (COVID-19) for use in individuals 16 years of age and older.**" https://www.pfizer.com/products/product-detail/pfizer-biontech-covid-19-vaccine

In the FRAGO-5 that you sent it states " CONDUCT MANDATORY COVID-19 VACCINATION OPERATIONS OF UNVACCINATED SERVICE MEMBERS WITH THE **FDA APPROVED** PFIZER/COMIRNATY COVID-19 VACCINE, OR CONTINUE VOLUNTARY VACCINATION WITH MODERNA OR J&J'S JANSSEN VACCINE." (emphasis mine for ease of skimming)

Since the above shows that the only FDA approved vaccine is Comirnaty, and that Pfizer-BioNTech is still under EUA, the only vaccine legally allowed to be mandated is Comirnaty per 21 USC section 360bbb-3 and the SecDef Memo you sent.

All this falls in line with the SecDef memo (reattaching for reference) that you sent me that states "**Mandatory vaccination against COVID-19 will only use vaccines that receive full licensure from the Food and Drug Administration (FDA), in accordance with FDA-labeling and guidance**." This means only the FDA approved vaccine (Comirnaty) can be mandated, and only the vaccine labeled as Comirnaty. To my knowledge, a subordinate organization can not over ride the direct order from the SecDef and directly go against it by ordering subordinates to get the Pfizer-BioNTech vaccine 'as if' it were the licensed product. Perhaps I am wrong in that thought process, which is why I would like the contact info for the SJA that I requested in the counseling today.

To your point from the ARNORTH OSURG, while they may be identical, they are legally distinct. For me, I am a military contractor working at the Uniformed Services University of the Health Sciences, but am also a Reservist. While my DOD ID is identical, and I am the same person in both roles, there is a legal distinction such as the fact that I can not speak on behalf of the government as a contactor, but I can as a reservist. This illustrates that while things may be identical, the legal distinction makes a difference.

Since the FRAGO is dated prior to the FDA document provided that shows they are legally distinct, my assumption is that the FRAGO is based off of the equivalent memo that is not accurate, or no longer accurate. I would recommend an updated FRAGO be published.

Therefore, as I stated in our talk today, **I do intend to take the only FDA approved COVID-19 Vaccine**, the Comirnaty vaccine that is labeled as such, on 18 October during the appointment with my PCM at the VA Clinic, if it is available. I have previously sought the Comirnaty vaccine out at Walmart, CVS, Walgreens, and the VA Clinic and no one has it (only Walmart even knew what it was). I also **have not declined the immunization** as I

stated on 1 October, as I have simply not found the FDA approved vaccine, and therefore no counseling is required under AR 600-20 5-4c(2), as the process only starts when the soldier declines vaccination, which I have not done. Also, step 3 in AR 600-20 5-4c(2)3 is that the commander "**Ensure that the Servicemember is educated about the vaccine and has been** [past tense] **able to discuss any objections with medical authorities**" Since I had not talked to my provider on 6 October this step was not completed. Since I will have the opportunity to talk with my PCM on the 18th of October, I believe step 4, 'counsel the soldier in writing' should take place after that has occurred, if Comirnaty is available, and if I decline to take it.

This means that I am following your order in the counseling that states "You are hereby ordered to become fully vaccinated with a COVID-19 vaccine that **has received full licensure** from the Food and Drug Administration (FDA), in accordance with FDA-approved labeling and guidance, **subject to the availability of vaccines**. This is a lawful order." (emphasis mine for ease of skimming)

In 'Annex XX Refusals and Medical/Religious Exemptions Process' (reattached for reference) the first step is 'soldier declines immunization.' Since I have not done this as stated on 1 October, I believe a medical exemption or religious exemption is not required at this time. Please correct me if I am wrong in that interpretation.

I will update you on what I discover after talking with my PCM, and if the vaccine is available. Please let me know if you have any questions. Thanks for your time and continued attention to this matter.

Side note, praise the Lord, my daughter was discharged from the hospital late this afternoon. While she may still have appendicitis she is not far enough along to address it medically yet so she was sent home and told to continue to monitor. Praying that this was something else and that she doesn't have it, but time will tell. Also, so far (as of 1am EST) my son is sleeping through the night, so hopefully he is getting over the hand/foot/mouth disease as last night as of this time he had woken up 3 times. Praying he recovers quickly.


Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

---

**From:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Sent:** Wednesday, October 06, 2021 5:06 PM
**To:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Cc:** Messer, Scotty L SGM USARMY ARNORTH (USA); Whitten, Stanley E COL USARMY ARNORTH (USA); Adams, Steven J COL USARMY ARNORTH (USA)
**Subject:** RE: FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

CLASSIFICATION: UNCLASSIFIED//FOR OFFICIAL USE ONLY PROTECTED BY PRIVACY ACT

SGM Crosby,

I will be sending out a calendar invite shortly for mandatory vaccine counseling on Thursday, 7 OCT at 1130.

I need you to confirm your availability to discuss your way ahead and the steps necessary to submit an exemption.

Have a great afternoon,
LTC Teta

LTC Rich Teta
Commander, HHBN, U.S. Army North
Office: 210-221-4115
Gov Cell: 210-240-4870
Cell: 253-448-4473
NIPR: richard.p.teta.mil@mail.mil
SIPR: richard.p.teta.mil@mail.smil.mil

---

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA) <howard.a.crosby.mil@mail.mil>
**Sent:** Wednesday, October 6, 2021 3:38 PM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA) <richard.p.teta.mil@mail.mil>
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA) <shawndall.r.rawls.mil@mail.mil>; Messer, Scotty L SGM USARMY ARNORTH (USA) <scotty.l.messer.mil@mail.mil>
**Subject:** RE: FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Sir,
As mentioned before, I have an appointment with the VA doctor on the 18th and will be doing research before that time. So if you need an answer today, then I would say that I am looking into an exemption and will be preparing a packet if I decide that is necessary by the due date of November 15th.

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

---

**From:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Sent:** Tuesday, October 05, 2021 7:42 PM
**To:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA); Messer, Scotty L SGM USARMY ARNORTH (USA)
**Subject:** FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

CLASSIFICATION: UNCLASSIFIED//FOR OFFICIAL USE ONLY PROTECTED BY PRIVACY ACT

SGM Crosby,

BLUF: The Pfizer-BioNTech COVID-19  vaccine available at the BAMC Vaccination Site is chemically identical to the Comirnaty vaccine.

From the ARNORTH OSURG: "The difference is solely the name on the label.  Another way to look at it is the difference between brand name and generic labeling.  Tylenol and Acetaminophen are identical.  Advil and

Ibuprofen are identical.  Comirnaty and BNT162b2 are identical."

See Annex LL to FRAGO 5 TO HQDA EXORD 225-21:" The FDA-approved COVID-19 Comirnaty vaccine is the same as the Pfizer-BioNTech vaccine that was administered under the FDA's Emergency Use Authorization (EUA)."

And from the attached "equivalent memo":
 "Previously, on December 11, 2020, the FDA issued an Emergency Use Authorization (EUA) for the Pfizer-BioNTech COVID-19 vaccine, which has the same formulation as the Comirnaty vaccine. Per FDA guidance, these two vaccines are "interchangeable" and DoD health care providers should "use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine."

The vaccine is available now, please let me know NLT COB tomorrow, 6 OCT, whether or not you intend to get vaccinated. If you do not, we will set up mandatory counseling to review your way ahead.

Have a great evening,
LTC Teta

LTC Rich Teta
Commander, HHBN, U.S. Army North
Office: 210-221-4115
Gov Cell: 210-240-4870
Cell: 253-448-4473
NIPR: richard.p.teta.mil@mail.mil
SIPR: richard.p.teta.mil@mail.smil.mil

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA) <howard.a.crosby.mil@mail.mil>
**Sent:** Monday, October 4, 2021 3:43 PM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA) <richard.p.teta.mil@mail.mil>
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA) <shawndall.r.rawls.mil@mail.mil>; Messer, Scotty L SGM USARMY ARNORTH (USA) <scotty.l.messer.mil@mail.mil>
**Subject:** RE: FOR ACTION: Confirm COVID-19 Vaccination Status NLT COB 23 SEP 21 (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Sir,
A follow up portion for this email. I went to the VA today to get my blood drawn for my appointment on the 18th and asked about Comirnaty. They didn't even know what I was talking about and I had to show them the documents that it is the only FDA approved vaccine. They did not have any Comirnaty available. Just wanted to let you know that I'm still trying.

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Sent:** Friday, October 01, 2021 5:30 PM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA); Messer, Scotty L SGM USARMY ARNORTH (USA)
**Subject:** RE: FOR ACTION: Confirm COVID-19 Vaccination Status NLT COB 23 SEP 21 (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Sir,

BLUF: I have not received the vaccine yet as I haven't found where Comirnaty (the FDA approved shot) is available.

I went to Walmart today to see if I could get the Comirnaty shot and get more info about it, but they said they don't have it, and don't know when they will get it in. I also called the VA yesterday to set up an appointment with my PCM there to discuss if I should get the shot since I had an allergic reaction to the flu shot a while ago (that's why I haven't gotten one in a long time). I asked the lady setting up the appointment about the availability of Comirnaty, and she didn't even know what that was. Hopefully the doc that I see on the 18th of October can provide better insight. In the meantime I'll do my research and see if I should even try to request an exemption before the deadline for the shots.

On another note about the order... First, please forgive my questions as I try to learn a bit more about the requirements. Being a Religious Affairs NCO, one of my jobs while I was on AD for 9+ years at CENTCOM and 2+ years at SOCOM was to research things and try to make sure I advised my Chaplains to not step into something that could get them in trouble (Sometimes a full time job for that alone! LOL). So I write the following with that approach in mind.

I'm confused. In the document that you attached (reattached on this email), it was ordered that the only one mandatory shot is the "Pfizer/Comirnaty" shot. However, those are actually two shots that are legally distinct. While they can be used interchangeably for safety and efficacy, or to complete a series, the BLA specifically states (page three in the notes at the bottom, attached) that they are "legally distinct." Since they are legally distinct, and the Pfizer shot is currently under EUA (see second attachment, 2nd page, top paragraph) and as such not authorized to be mandatory (21 U.S. Code Section 360bbb-3, link below), and as only the President can allow the waiver in writing for specific missions (10 U.S. Code Section 1107, link below), can you advise me on where the Comirnaty shots are or will be available? Does ARNORTH have the Comirnaty shot, or just the Pfizer shot? I'm finding it difficult to locate Comirnaty.

Sir, I'm not trying to be confrontational or difficult, there are many, many people (probably most!) way smarter than me in the command, so maybe there is something that I'm missing, or looking at incorrectly. If there is please let me know, I covet your input! I just want to make sure that you and others in the command are protected and advised on possible risks as from my perspective the Pfizer shot may not legally be allowed to be mandated. And if the Comirnaty shot isn't yet available, that could mess up your time tables. Maybe you aren't the right person to ask these questions of, so if you're able to point me in the right direction, I'd greatly appreciate it!

Anyway, I wanted to update you on my progress and respond as soon as possible so you didn't think I was ignoring the requirement or refusing to comply with the order. Thanks so much for all you are doing in navigating these difficult waters, and thanks for your time and help in this matter!
Respectfully,
SGM Crosby

**RE: FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)**

Crosby, Howard A Jr SGM USARMY ARNORTH (USA)

**Sent:**      Wednesday, October 13, 2021 1:06 AM
**To:**        Teta, Richard P LTC USARMY ARNORTH (USA)
**Cc:**        Messer, Scotty L SGM USARMY ARNORTH (USA); Whitten, Stanley E COL USARMY ARNORTH (USA); Adams, Steven J COL USARMY ARNORTH (USA); Burton, Wesley R SGM USARMY ARNORTH (USA)
**Attachments:**(U) ANNEX XX REFUSALS AND ~1.pdf (248 KB)

Sir,

BLUF: I am following your order and have not declined the vaccination.

I'm making some things bold only to allow you the simplicity of scanning this long email quickly, I in no way am trying to come across as being disrespectful in any way shape or manner. I appreciate the difficult position in which you find yourself, and thank you for your professionalism in handling this difficult issue. The only reason that I feel led to address these issues is as being in the Chaplain corps, we are instructed to advise the command on ethical issues and I believe this is one. While I advise you on these issues, I acknowledge that you are the commander and use this advice to assess risk to make decisions, and I will follow all lawful orders given to me.

There appears to be a problem with the documentation that you provided to me on October 5th. In the equivalent memo that you sent me (reattached for reference) there appears to be a statement that is not true, or no longer true.

The memo states 'Per FDA guidance, these two vaccines are "interchangeable" and DoD health care providers should "use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine."1'
The use of the quotation marks suggests that it is a direct quote from the reference provided as 1: https://www.fda.gov/vaccines-blood-biologics/qa-comirnaty-covid-19-vaccine-mrna.

**However, after looking on the website that the reference provided "as if" is not found, and that statement is not in the referenced FDA site.** Currently, the referenced site states "Comirnaty has the same formulation as the FDA-authorized Pfizer-BioNTech COVID-19 vaccine and can be used interchangeably to provide the COVID-19 vaccination series without presenting any safety or effectiveness concerns. The products are **legally distinct** with certain differences that do not impact safety or effectiveness." (emphasis mine) This lines up with the FDA EUA documents that I previously provided (reattached for reference). **The FDA does not say the Pfizer-bioNTech vaccine can be used 'as if' it is licensed vaccine, so quoting it as such is not valid.** Therefore, the memo from the Assistant Secretary of Defense appears to no longer be valid, as the primary reference does not state what they say it does.

Also from the FDA website, under section 2.2.1 it states "**COMIRNATY is the only vaccine or medical product that is FDA approved for prevention of COVID-19**"
*Pfizer Decision Memorandum 09 23 2021 EUA Assessment-Clinical Review Memo for Booster Dose (fda.gov)

Furthermore, the Pfizer website states about it's COVID-19 vaccine "**The Pfizer-BioNTech COVID-19 vaccine has not been approved or licensed by the U.S. Food and Drug Administration (FDA), but has been authorized for emergency use by FDA under an Emergency Use Authorization (EUA) to prevent Coronavirus Disease 2019 (COVID-19) for use in individuals 16 years of age and older.**" https://www.pfizer.com/products/product-detail/pfizer-biontech-covid-19-vaccine

In the FRAGO-5 that you sent it states " CONDUCT MANDATORY COVID-19 VACCINATION OPERATIONS OF UNVACCINATED SERVICE MEMBERS WITH THE **FDA**

**APPROVED** PFIZER/COMIRNATY COVID-19 VACCINE, OR CONTINUE VOLUNTARY VACCINATION WITH MODERNA OR J&J'S JANSSEN VACCINE." (emphasis mine for ease of skimming)

Since the above shows that the only FDA approved vaccine is Comirnaty, and that Pfizer-BioNTech is still under EUA, the only vaccine legally allowed to be mandated is Comirnaty per 21 USC section 360bbb-3 and the SecDef Memo you sent.

All this falls in line with the SecDef memo (reattaching for reference) that you sent me that states "**Mandatory vaccination against COVID-19 will only use vaccines that receive full licensure from the Food and Drug Administration (FDA), in accordance with FDA-labeling and guidance**." This means only the FDA approved vaccine (Comirnaty) can be mandated, and only the vaccine labeled as Comirnaty. To my knowledge, a subordinate organization can not over ride the direct order from the SecDef and directly go against it by ordering subordinates to get the Pfizer-BioNTech vaccine 'as if' it were the licensed product. Perhaps I am wrong in that thought process, which is why I would like the contact info for the SJA that I requested in the counseling today.

To your point from the ARNORTH OSURG, while they may be identical, they are legally distinct. For me, I am a military contractor working at the Uniformed Services University of the Health Sciences, but am also a Reservist. While my DOD ID is identical, and I am the same person in both roles, there is a legal distinction such as the fact that I can not speak on behalf of the government as a contactor, but I can as a reservist. This illustrates that while things may be identical, the legal distinction makes a difference.

Since the FRAGO is dated prior to the FDA document provided that shows they are legally distinct, my assumption is that the FRAGO is based off of the equivalent memo that is not accurate, or no longer accurate. I would recommend an updated FRAGO be published.

Therefore, as I stated in our talk today, **I do intend to take the only FDA approved COVID-19 Vaccine**, the Comirnaty vaccine that is labeled as such, on 18 October during the appointment with my PCM at the VA Clinic, if it is available. I have previously sought the Comirnaty vaccine out at Walmart, CVS, Walgreens, and the VA Clinic and no one has it (only Walmart even knew what it was). I also **have not declined the immunization** as I stated on 1 October, as I have simply not found the FDA approved vaccine, and therefore no counseling is required under AR 600-20 5-4c(2), as the process only starts when the soldier declines vaccination, which I have not done. Also, step 3 in AR 600-20 5-4c(2)3 is that the commander "**Ensure that the Servicemember is educated about the vaccine and has been** [past tense] **able to discuss any objections with medical authorities**" Since I had not talked to my provider on 6 October this step was not completed. Since I will have the opportunity to talk with my PCM on the 18th of October, I believe step 4, 'counsel the soldier in writing' should take place after that has occurred, if Comirnaty is available, and if I decline to take it.

This means that I am following your order in the counseling that states "You are hereby ordered to become fully vaccinated with a COVID-19 vaccine that **has received full licensure** from the Food and Drug Administration (FDA), in accordance with FDA-approved labeling and guidance, **subject to the availability of vaccines**. This is a lawful order." (emphasis mine for ease of skimming)

In 'Annex XX Refusals and Medical/Religious Exemptions Process' (reattached for reference) the first step is 'soldier declines immunization.' Since I have not done this as stated on 1 October, I believe a medical exemption or religious exemption is not required at this time. Please correct me if I am wrong in that interpretation.

I will update you on what I discover after talking with my PCM, and if the vaccine is available. Please let me know if you have any questions. Thanks for your time and continued attention to this matter.

Side note, praise the Lord, my daughter was discharged from the hospital late this afternoon. While she may still have appendicitis she is not far enough along to address it medically yet so she was sent home and told to continue to monitor. Praying that this was something else and that she doesn't have it, but time will tell. Also, so

far (as of 1am EST) my son is sleeping through the night, so hopefully he is getting over the hand/foot/mouth disease as last night as of this time he had woken up 3 times. Praying he recovers quickly.


Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

**From:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Sent:** Wednesday, October 06, 2021 5:06 PM
**To:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Cc:** Messer, Scotty L SGM USARMY ARNORTH (USA); Whitten, Stanley E COL USARMY ARNORTH (USA); Adams, Steven J COL USARMY ARNORTH (USA)
**Subject:** RE: FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

CLASSIFICATION: UNCLASSIFIED//FOR OFFICIAL USE ONLY PROTECTED BY PRIVACY ACT

SGM Crosby,

I will be sending out a calendar invite shortly for mandatory vaccine counseling on Thursday, 7 OCT at 1130.

I need you to confirm your availability to discuss your way ahead and the steps necessary to submit an exemption.

Have a great afternoon,
LTC Teta

LTC Rich Teta
Commander, HHBN, U.S. Army North
Office: 210-221-4115
Gov Cell: 210-240-4870
Cell: 253-448-4473
NIPR: richard.p.teta.mil@mail.mil
SIPR: richard.p.teta.mil@mail.smil.mil

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA) <howard.a.crosby.mil@mail.mil>
**Sent:** Wednesday, October 6, 2021 3:38 PM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA) <richard.p.teta.mil@mail.mil>
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA) <shawndall.r.rawls.mil@mail.mil>; Messer, Scotty L SGM USARMY ARNORTH (USA) <scotty.l.messer.mil@mail.mil>
**Subject:** RE: FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Sir,
As mentioned before, I have an appointment with the VA doctor on the 18th and will be doing research before that time. So if you need an answer today, then I would say that I am looking into

an exemption and will be preparing a packet if I decide that is necessary by the due date of November 15th.


Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

---

**From:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Sent:** Tuesday, October 05, 2021 7:42 PM
**To:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA); Messer, Scotty L SGM USARMY ARNORTH (USA)
**Subject:** FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

CLASSIFICATION: UNCLASSIFIED//FOR OFFICIAL USE ONLY PROTECTED BY PRIVACY ACT

SGM Crosby,

BLUF: The Pfizer-BioNTech COVID-19  vaccine available at the BAMC Vaccination Site is chemically identical to the Comirnaty vaccine.

From the ARNORTH OSURG: "The difference is solely the name on the label.  Another way to look at it is the difference between brand name and generic labeling.  Tylenol and Acetaminophen are identical.  Advil and Ibuprofen are identical.  Comirnaty and BNT162b2 are identical."

See Annex LL to FRAGO 5 TO HQDA EXORD 225-21:" The FDA-approved COVID-19 Comirnaty vaccine is the same as the Pfizer-BioNTech vaccine that was administered under the FDA's Emergency Use Authorization (EUA)."

And from the attached "equivalent memo":
 "Previously, on December 11, 2020, the FDA issued an Emergency Use Authorization (EUA) for the Pfizer-BioNTech COVID-19 vaccine, which has the same formulation as the Comirnaty vaccine. Per FDA guidance, these two vaccines are "interchangeable" and DoD health care providers should "use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine."

The vaccine is available now, please let me know NLT COB tomorrow, 6 OCT, whether or not you intend to get vaccinated. If you do not, we will set up mandatory counseling to review your way ahead.

Have a great evening,
LTC Teta

LTC Rich Teta
Commander, HHBN, U.S. Army North
Office: 210-221-4115
Gov Cell: 210-240-4870
Cell: 253-448-4473

NIPR: richard.p.teta.mil@mail.mil
SIPR: richard.p.teta.mil@mail.smil.mil

---

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA) <howard.a.crosby.mil@mail.mil>
**Sent:** Monday, October 4, 2021 3:43 PM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA) <richard.p.teta.mil@mail.mil>
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA) <shawndall.r.rawls.mil@mail.mil>; Messer, Scotty L SGM USARMY ARNORTH (USA) <scotty.l.messer.mil@mail.mil>
**Subject:** RE: FOR ACTION: Confirm COVID-19 Vaccination Status NLT COB 23 SEP 21 (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Sir,
A follow up portion for this email. I went to the VA today to get my blood drawn for my appointment on the 18th and asked about Comirnaty. They didn't even know what I was talking about and I had to show them the documents that it is the only FDA approved vaccine. They did not have any Comirnaty available. Just wanted to let you know that I'm still trying.


Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

---

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Sent:** Friday, October 01, 2021 5:30 PM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA); Messer, Scotty L SGM USARMY ARNORTH (USA)
**Subject:** RE: FOR ACTION: Confirm COVID-19 Vaccination Status NLT COB 23 SEP 21 (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Sir,

BLUF: I have not received the vaccine yet as I haven't found where Comirnaty (the FDA approved shot) is available.

I went to Walmart today to see if I could get the Comirnaty shot and get more info about it, but they said they don't have it, and don't know when they will get it in. I also called the VA yesterday to set up an appointment with my PCM there to discuss if I should get the shot since I had an allergic reaction to the flu shot a while ago (that's why I haven't gotten one in a long time). I asked the lady setting up the appointment about the availability of Comirnaty, and she didn't even know what that was. Hopefully the doc that I see on the 18th of October can provide better insight. In the meantime I'll do my research and see if I should even try to request an exemption before the deadline for the shots.

On another note about the order... First, please forgive my questions as I try to learn a bit more about the requirements. Being a Religious Affairs NCO, one of my jobs while I was on AD for 9+

years at CENTCOM and 2+ years at SOCOM was to research things and try to make sure I advised my Chaplains to not step into something that could get them in trouble (Sometimes a full time job for that alone! LOL).  So I write the following with that approach in mind.

I'm confused. In the document that you attached (reattached on this email), it was ordered that the only one mandatory shot is the "Pfizer/Comirnaty" shot. However, those are actually two shots that are legally distinct. While they can be used interchangeably for safety and efficacy, or to complete a series, the BLA specifically states (page three in the notes at the bottom, attached) that they are "legally distinct." Since they are legally distinct, and the Pfizer shot is currently under EUA (see second attachment, 2nd page, top paragraph) and as such not authorized to be mandatory (21 U.S. Code Section 360bbb-3, link below), and as only the President can allow the waiver in writing for specific missions (10 U.S. Code Section 1107, link below), can you advise me on where the Comirnaty shots are or will be available? Does ARNORTH have the Comirnaty shot, or just the Pfizer shot? I'm finding it difficult to locate Comirnaty.

Sir, I'm not trying to be confrontational or difficult, there are many, many people (probably most!) way smarter than me in the command, so maybe there is something that I'm missing, or looking at incorrectly. If there is please let me know, I covet your input! I just want to make sure that you and others in the command are protected and advised on possible risks as from my perspective the Pfizer shot may not legally be allowed to be mandated. And if the Comirnaty shot isn't yet available, that could mess up your time tables. Maybe you aren't the right person to ask these questions of, so if you're able to point me in the right direction, I'd greatly appreciate it!

Anyway, I wanted to update you on my progress and respond as soon as possible so you didn't think I was ignoring the requirement or refusing to comply with the order. Thanks so much for all you are doing in navigating these difficult waters, and thanks for your time and help in this matter!
Respectfully,
SGM Crosby

21 U.S. Code § 360bbb–3 - Authorization for medical products for use in emergencies | U.S. Code | US Law | LII / Legal Information Institute


10 U.S. Code § 1107 - Notice of use of an investigational new drug or a drug unapproved for its applied use | U.S. Code | US Law | LII / Legal Information Institute (cornell.edu)

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

**From:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Sent:** Thursday, September 30, 2021 6:47 PM
**To:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)

Attachment 7

**RE: FOR ACTION: Vaccination Order (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)**

Crosby, Howard A Jr SGM USARMY ARNORTH (USA)

**Sent:** Monday, October 25, 2021 9:19 PM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Cc:** Messer, Scotty L SGM USARMY ARNORTH (USA); Whitten, Stanley E COL USARMY ARNORTH (USA); Adams, Steven J COL USARMY ARNORTH (USA); Evans, Grant H LTC USARMY ARNORTH (USA); Perry, Benjamen James LTC USARMY ARNORTH (USA); Burton, Wesley R SGM USARMY ARNORTH (USA)

Sir,

BLUF: I am being told to stand by.

Thanks for the follow up email! I apologize for my delayed response, apparently with the updates to security protocols for the enterprise email system, I was unable to access my OWA account since last week (I tried to log onto the site and it said the certificates were revoked, same for DTS, us.army.mil, etc. ARNORTH help desk was not able to help, but I got ahold of big army today and they were finally able to resolve it). Thankfully, I am back up and running again as of late this afternoon! :-)

I took the SJA's advice and reached out to the legal office. They said they didn't think they could help and directed me to talk to the IG office. I've never interacted with the IG office before, so that was a learning experience. I talked to the IG and sent them the information they requested for an inquiry on the 15th (not an investigation, as I'm not trying to get anyone in trouble, since I believe we are all just trying to do the right thing with the information we have). I reached out to that office today, and they are still looking into it.

Back on the 15th, I also reached out to the POC listed on the equivalent memo that you provided from the Office of the Under Secretary of Defense, and eventually received a reply on the 22nd from COL Malish (who also cc'ed the POC for the memo, COL Berecz). I just got it this afternoon once my email was up and running again. He said:

SGM Crosby,

Thanks for the email. Quick question – are you under pressure right now to receive vaccine under the Pfizer EUA? Please stand-by. Clarifying policy is in the works – but I'd like to understand your particular situation.

VR

Richard G. Malish
COL, USA
Military Deputy and Chief of Staff
Office of the Assistant Secretary of Defense for Health Affairs
1200 Defense Pentagon
Suite 3E1070
Washington, DC 20301
(703) 697-2111
richard.g.malish.mil@mail.mil

I replied back that I was being told to take the Pfizer vaccine now. I will wait to hear back from him or the IG before I proceed, and will let you know when I get the new policy or find out any clarifying info from the IG.

On another note, I went to the appointment last Monday and the doctor did not have Comirnaty (He also didn't know what it was, so I was able to educate him).

Thanks for your patience with all this Sir, and thanks for working hard to try to do the right thing with the information you have. I'm thankful that God has placed me in this position so I am able to work with you to provide you ethical advice so you are able to make the best informed decisions for the command. I am certainly learning a lot during this! Like I never knew that a Reservist doesn't fall under UCMJ authority when not on duty (United States v. Morita), which is way different than what I am used to having spent so much time on active duty where I fell under UCMJ every second of every day! I also learned that if I am performing required duties for the Army, I need to be on duty and being paid while doing that. So for future reference, if there is something I am required to do I will need to use a duty day (4 hour block of time) to do it. Since I am a military contractor, I can't just take an afternoon off from my job to do whatever it is, I have to take the entire day off from work, as I'm not legally allowed to charge the gov't for reserve time on the same day that I doing my government contract job and charging for that.  I'm learning a lot, but it sure is confusing! I just pray that God will give me the wisdom to be a reflection of Him in everything I say and do, and to learn, grow and share what I've learned with others. I pray that I have acted appropriately and offered others the same love, grace, and mercy that Christ has given me, as that is my goal.

More to follow as soon as I have some answers, but wanted to update you now that my email is working again...
V/r,

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

---

**From:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Sent:** Monday, October 18, 2021 7:35 PM
**To:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Cc:** Messer, Scotty L SGM USARMY ARNORTH (USA); Whitten, Stanley E COL USARMY ARNORTH (USA); Adams, Steven J COL USARMY ARNORTH (USA); Evans, Grant H LTC USARMY ARNORTH (USA); Perry, Benjamen James LTC USARMY ARNORTH (USA)
**Subject:** FOR ACTION: Vaccination Order (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

CLASSIFICATION: UNCLASSIFIED//FOR OFFICIAL USE ONLY PROTECTED BY PRIVACY ACT

SGM Crosby,

Hope your appointment went well today – following up from last week.

BLUF: By continuing to avoid receiving the Pfizer-BioNTech vaccine, you are failing to comply with the lawful order to be vaccinated against COVID-19.

Please see the attached Annex JJ to FRAGO 06 to HQDA EXORD 225-21 that establishes equivalency between Comirnaty and Pfizer-BioNTech.

It reads in part: "Consistent with FDA guidance, DoD health care providers will use both the Pfizer-BioNTech COVID-19 vaccine and the Comirnaty COVID-19 vaccine interchangeably for the purpose of vaccinating Service members in accordance with Secretary of Defense Memorandum, "Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members," August 24, 2021.

You were previously informed of this equivalency establishment in the attached email from 05 October 2021.

As discussed during your virtual counseling on 12 OCT 2021: Continued conduct of this nature (refusing to get vaccinated with the Pfizer shot) may result in administrative action to include your separation from the service, and/or punitive action under the UCMJ. At this time (Phase I of implementation), commanders may request a General Officer Memorandum of Reprimand and emplace a flag for Soldiers who refuse to get vaccinated.

Please let me know the outcome of your appointment today and whether or not you intend to move forward with an exemption request (if you did not get vaccinated).

Additionally, if you did not get vaccinated today, please provide the name of your VA clinic so our ARNORTH Surgeon's Office can assist in locating the vaccine at your location.

- Additional legal notes regarding Comirnaty approval: During the FDA's approval process, the FDA never approved the "Comirnaty" vaccine. Instead it approved the "COVID-19 Vaccine, mRNA" and authorizes the marketing of that vaccine by the proprietary name of COMIRNATY. To say that it approved the COMIRNATY vaccine is a misstatement and/or a misunderstanding. It approved the Pfizer BioNTech "COVID-19 Vaccine, mRNA" and the ability to call it "COMIRNATY".

- I have included some of our previous correspondence to address an incorrect assertion that you made when you edited my counseling statement – namely that you had not received the written Senior Commander FRAGORD containing LTG Evans' order to get vaccinated. This formal written order was provided to you on 30 SEP 2021.

Have a great evening,
LTC Teta

LTC Rich Teta
Commander, HHBN, U.S. Army North

Office: 210-221-4115
Gov Cell: 210-240-4870
Cell: 253-448-4473
NIPR: richard.p.teta.mil@mail.mil
SIPR: richard.p.teta.mil@mail.smil.mil

---

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA) <howard.a.crosby.mil@mail.mil>
**Sent:** Friday, October 15, 2021 9:24 AM
**To:** Perry, Benjamen James LTC USARMY ARNORTH (USA) <benjamen.j.perry.mil@mail.mil>; Teta, Richard P LTC USARMY ARNORTH (USA) <richard.p.teta.mil@mail.mil>
**Cc:** Messer, Scotty L SGM USARMY ARNORTH (USA) <scotty.l.messer.mil@mail.mil>; Whitten, Stanley E COL USARMY ARNORTH (USA) <stanley.e.whitten.mil@mail.mil>; Burton, Wesley R SGM USARMY ARNORTH (USA) <wesley.r.burton.mil@mail.mil>; Adams, Steven J COL USARMY ARNORTH (USA) <steven.j.adams10.mil@mail.mil>
**Subject:** RE: FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Thanks Sir!

I just called the legal office and after explaining my concerns was advised that someone would call me back regarding it. I will let you know what I find out after I send them the documents, they review them, and respond.

Thanks again for your time and your help!

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

---

**From:** Perry, Benjamen James LTC USARMY ARNORTH (USA)
**Sent:** Friday, October 15, 2021 9:55 AM
**To:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA); Teta, Richard P LTC USARMY ARNORTH (USA)
**Cc:** Messer, Scotty L SGM USARMY ARNORTH (USA); Whitten, Stanley E COL USARMY ARNORTH (USA); Burton, Wesley R SGM USARMY ARNORTH (USA); Adams, Steven J COL USARMY ARNORTH (USA)
**Subject:** RE: FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

SGM Crosby,

Unfortunately I am not in a position to field your questions. I am the command's legal advisor and as such, am ethically prohibited from advising you because of the potential for your interests and the command's interests to conflict.

However, my office does have legal assistance attorneys who can provide you advice on your options as well as your legal obligations and risk.

Their main office line is 210-221-2282. I recommend directing all of your legal questions to them.

V/R

Benjamen J. Perry
LTC, JA
Deputy Staff Judge Advocate

USARNORTH (Fifth Army) and Army Support Activity (ASA)
2422 Stanley Rd, Suite 201
JBSA Fort Sam Houston, TX 78234-7755
Office: (210) 295-9410
Cell:  (210) 563-9106
Fax: (210) 221-2777

---

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA) <howard.a.crosby.mil@mail.mil>
**Sent:** Thursday, October 14, 2021 9:42 PM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA) <richard.p.teta.mil@mail.mil>
**Cc:** Messer, Scotty L SGM USARMY ARNORTH (USA) <scotty.l.messer.mil@mail.mil>; Whitten, Stanley E COL USARMY ARNORTH (USA) <stanley.e.whitten.mil@mail.mil>; Burton, Wesley R SGM USARMY ARNORTH (USA)

<wesley.r.burton.mil@mail.mil>; Adams, Steven J COL USARMY ARNORTH (USA) <steven.j.adams10.mil@mail.mil>; Perry, Benjamen James LTC USARMY ARNORTH (USA) <benjamen.j.perry.mil@mail.mil>
**Subject:** RE: FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Sir,
BLUF:  I will work on the counseling form right now.

I sincerely apologize for my misunderstand! I thought you were sending me the notes, as after you stated that you were taking notes I wasn't writing them down anymore. That's why when I hadn't heard from you by later that night I sent the below follow up email, thinking that maybe you had sent it, and I didn't get it. That's the painful part about trying to do a counseling over facetime, 1000+ miles apart, and with limited time! Sorry Sir!

I wasn't aware that the other officer in the room was the SJA, only that you introduced him as LTC Perry. I would have asked him the questions directly, but since we ran out of time, I guess God had a perfect plan and we can do it in follow on conversations.  I know that I am an imperfect man and just trying my imperfect best, which I imagine we all are, so I note the following so we can improve the system and process.

Since the SJA is on this email thread I will reiterate that I believe this counseling is in violation of AR 600-20 5-4g(2)a, as I have to decline the vaccination first, which as stated on 1 October (email), 6 October (email), and Tuesday (facetime), I have not done. I will note on the counseling form that I intend to get the vaccine that you ordered me to get, the COVID-19 vaccine "that has received full licensure from the Food and Drug Administration (FDA), in accordance with FDA-approved labeling and guidance, subject to the availability of vaccines.", on 18 Oct 21 at my visit with my PCM as you ordered, and as I stated I would in the counseling. I would also like to note that AR 600-20 5-4g(2)(a) states the commander will - "3. Ensure that the Servicemember is educated about the vaccine and has been able to discuss any objections with medical authorities," which I have not had the chance to talk with my PCM prior to step 4, which is counseling in writing.

Since the supplemental counseling forms states that they are there for Soldiers who decline the vaccine, there is no need for me to fill those out at this point in time, as I intend to get the vaccine as ordered, as stated in the counseling. I know in the counseling session I had stated that I would get the approved vaccine on the 18th, and when you asked the next question about if I intended to apply for an exemption and I said I would talk to my PCM first and if he/she thought it was necessary, then I said yes, I would. At that point you said that I couldn't put both down on the form and changed my answer for the one above. However, I was not informed that in order to 'intend' to seek a medical or religious exemption, I would have to decide before being allowed to "discuss any objections with medical authorities" as required under AR 600-20 5-4g(2) before written counseling takes place, and that I would have to decline the vaccine, which I have not done. So as of now, no I do not intend to apply for an exemption. I'm sorry we didn't get the chance to summarize the counseling as I was distracted the last 3 minutes trying to set up my meeting with the Chief of Chaplains office that started at 1500 EST (I had informed you I had a hard stop at that time prior to the our meeting). I will note in the counseling form that I disagree, with the reasons stated above, and will most likely have to provide an additional page to note the additional concerns that I have that we didn't have time to discuss in the counseling, as you stated some were already addressed, or that were provided to you as a template so I let you read what you had to. I do have additional concerns about those template statements, as they are not accurate anymore, but I will save that for a future discussion after I'm able to talk to LTC Evens (Please provide his contact information), and the SJA. On a side note, between Tuesday and today the Army G1 updated the AR 600-20 on Army pubs from the 2014 version to the 2020 version (I thought I was

going crazy till I checked the internet archive!), so what I said in the counseling about the incorrect reference is no longer true, and I am changing it in this email and in the counseling. I don't know who you talked to Sir, but dang, you get things done! :-) But I digress.

I will work on the counseling form now, and send it to you as soon as possible tonight (which is a bummer because I was hoping to actually get some sleep tonight, but I don't want to hold you up).

Please note that tomorrow and Saturday I may not be available as I am convening a session of military researchers to present at the Society for the Scientific Study of Religion annual meeting. I will try to check my email if I am able, but my cell phone number is below if you need anything urgent. Please don't hesitate to call or facetime and I will answer if I can, or get back to you as soon as I can. I normally do not check my military email this much as I have not done a 'duty day' since June when I was out there last. I guess that is another question that maybe I should ask the reserve section, or maybe the SJA knows, which is; do I have to use my drill days to complete this mandatory counseling? I know that I'm not allowed to take an ACFT if I am not on duty and being paid for it, so am I allowed to get counseled if I am not on duty and am a civilian? Personally, I'd rather not, so I can use that time for something meaning and helpful to the command and the Army, but I want to make sure we do things correctly. Please advise. I understand the difficult position this places you in as the commander, especially dealing with something as foreign as Reservists, and I want to do everything I can to support you to get through this process legally, morally, and ethically.
Please let me know if you have any questions, and thanks for your time and professionalism Sir!

LTC Perry,
I would like to discuss with you my legal concerns of the mandate, when would be a good time to talk to you about this (tomorrow and Saturday are out for me, but I could do Sunday afternoon, Monday between 3-5pm EST, or Tuesday morning (0900-1300 EST). I will forward you the email that I sent to LTC Teta on Wednesday, 13 OCT 21 at 0113 in the morning so you have a read ahead of my legal and ethical concerns.

Thank you all for your time and attention to this matter.

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

**From:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Sent:** Thursday, October 14, 2021 3:44 PM
**To:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Cc:** Messer, Scotty L SGM USARMY ARNORTH (USA); Whitten, Stanley E COL USARMY ARNORTH (USA); Burton, Wesley R SGM USARMY ARNORTH (USA); Adams, Steven J COL USARMY ARNORTH (USA); Perry, Benjamen James LTC USARMY

ARNORTH (USA)
**Subject:** RE: FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

CLASSIFICATION: UNCLASSIFIED//FOR OFFICIAL USE ONLY PROTECTED BY PRIVACY ACT

SGM Crosby,

As directed in our counseling, please send me your signed 4856 record of the counseling session with whatever notes we agreed upon.

I will follow-up with additional points and documentation as discussed.

Right now it is imperative that you formally acknowledge the counseling that you received on 12 OCT, as witnessed by the ARNORTH Deputy SJA, LTC Perry (cc'd).

Have a great afternoon,
LTC Teta

LTC Rich Teta
Commander, HHBN, U.S. Army North
Office: 210-221-4115
Gov Cell: 210-240-4870
Cell: 253-448-4473
NIPR: richard.p.teta.mil@mail.mil
SIPR: richard.p.teta.mil@mail.smil.mil

---

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA) <howard.a.crosby.mil@mail.mil>
**Sent:** Tuesday, October 12, 2021 5:41 PM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA) <richard.p.teta.mil@mail.mil>
**Cc:** Messer, Scotty L SGM USARMY ARNORTH (USA) <scotty.l.messer.mil@mail.mil>; Whitten, Stanley E COL USARMY ARNORTH (USA) <stanley.e.whitten.mil@mail.mil>; Burton, Wesley R SGM USARMY ARNORTH (USA) <wesley.r.burton.mil@mail.mil>
**Subject:** RE: FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Sir,
Thanks for taking the time to talk with me this afternoon, sorry we got cut short due to my work schedule and were not able to get through everything. Per our conversation, please send the updated counseling form with changes we talked about, the order published and signed on 13 Sep, and the order published and signed on 16 Sep. Please also send the contact information for the SJA and LTC Evens (I think that was who you talked about, the epidemiologist) so I can discuss things with them.
Thanks for your time and assistance.

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066

Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

---

**From:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Sent:** Monday, October 11, 2021 2:11 PM
**To:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Cc:** Messer, Scotty L SGM USARMY ARNORTH (USA)
**Subject:** RE: FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

CLASSIFICATION: UNCLASSIFIED//FOR OFFICIAL USE ONLY PROTECTED BY PRIVACY ACT

Good afternoon SGM Crosby,

I have sent the calendar invite. This meeting will be virtual – Pri: MS Teams; Alt: Facetime (Gov Cell # below); Cont: Phonecon
   - Please confirm/deny your ability to access MS Teams

Attached you will find the counseling packet we will discuss and a link to the mandatory video that you can watch prior to or during the counseling.

The Medical and Religious Exemption 4856s are available should you choose to go that route.

Please have the packet printed and available for review.

The mandatory ~3 min video is located under the Safety section of this page: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/keythingstoknow.html

Have a great afternoon,
LTC Teta

LTC Rich Teta
Commander, HHBN, U.S. Army North
Office: 210-221-4115
Gov Cell: 210-240-4870
Cell: 253-448-4473
NIPR: richard.p.teta.mil@mail.mil
SIPR: richard.p.teta.mil@mail.smil.mil

---

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA) <howard.a.crosby.mil@mail.mil>
**Sent:** Saturday, October 9, 2021 6:53 PM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA) <richard.p.teta.mil@mail.mil>
**Cc:** Messer, Scotty L SGM USARMY ARNORTH (USA) <scotty.l.messer.mil@mail.mil>
**Subject:** RE: FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Sir,
I'm happy to meet with you at 1330 Central Time, but we'll have to figure out how as I live in Tampa Florida and can't come to your office. I do not have a government laptop, so I have limited access to connect. If you have an iPhone we could face time? Brainstorming options... open to whatever you think is best.

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR

Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

---

**From:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Sent:** Friday, October 08, 2021 3:45 PM
**To:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Cc:** Messer, Scotty L SGM USARMY ARNORTH (USA)
**Subject:** FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

CLASSIFICATION: UNCLASSIFIED//FOR OFFICIAL USE ONLY PROTECTED BY PRIVACY ACT

SGM Crosby,

Based on your work schedule, I'll send out a calendar invite shortly for counseling on Tuesday, 12 OCT at 1330.

Please confirm your availability to meet in my office (Bldg 2001) at that time to discuss your way ahead.

Have a great afternoon,
LTC Teta

LTC Rich Teta
Commander, HHBN, U.S. Army North

Office: 210-221-4115
Gov Cell: 210-240-4870
Cell: 253-448-4473
NIPR: richard.p.teta.mil@mail.mil
SIPR: richard.p.teta.mil@mail.smil.mil

---

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA) <howard.a.crosby.mil@mail.mil>
**Sent:** Wednesday, October 6, 2021 7:08 PM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA) <richard.p.teta.mil@mail.mil>
**Cc:** Messer, Scotty L SGM USARMY ARNORTH (USA) <scotty.l.messer.mil@mail.mil>; Whitten, Stanley E COL USARMY ARNORTH (USA) <stanley.e.whitten.mil@mail.mil>; Adams, Steven J COL USARMY ARNORTH (USA) <steven.j.adams10.mil@mail.mil>
**Subject:** RE: FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Sir,
I'm sorry, I am a Reservist and have a full time job and have some important meetings tomorrow and Friday. I can do Tuesday anytime after noon (assuming that you are off on Monday, I could do anytime on Monday too if you are working then).

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)

Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

---

**From:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Sent:** Wednesday, October 06, 2021 5:06 PM
**To:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Cc:** Messer, Scotty L SGM USARMY ARNORTH (USA); Whitten, Stanley E COL USARMY ARNORTH (USA); Adams, Steven J COL USARMY ARNORTH (USA)
**Subject:** RE: FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

CLASSIFICATION: UNCLASSIFIED//FOR OFFICIAL USE ONLY PROTECTED BY PRIVACY ACT

SGM Crosby,

I will be sending out a calendar invite shortly for mandatory vaccine counseling on Thursday, 7 OCT at 1130.

I need you to confirm your availability to discuss your way ahead and the steps necessary to submit an exemption.

Have a great afternoon,
LTC Teta

LTC Rich Teta
Commander, HHBN, U.S. Army North
Office: 210-221-4115
Gov Cell: 210-240-4870
Cell: 253-448-4473
NIPR: richard.p.teta.mil@mail.mil
SIPR: richard.p.teta.mil@mail.smil.mil

---

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA) <howard.a.crosby.mil@mail.mil>
**Sent:** Wednesday, October 6, 2021 3:38 PM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA) <richard.p.teta.mil@mail.mil>
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA) <shawndall.r.rawls.mil@mail.mil>; Messer, Scotty L SGM USARMY ARNORTH (USA) <scotty.l.messer.mil@mail.mil>
**Subject:** RE: FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Sir,
As mentioned before, I have an appointment with the VA doctor on the 18th and will be doing research before that time. So if you need an answer today, then I would say that I am looking into an exemption and will be preparing a packet if I decide that is necessary by the due date of November 15th.

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO

RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

---

**From:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Sent:** Tuesday, October 05, 2021 7:42 PM
**To:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA); Messer, Scotty L SGM USARMY ARNORTH (USA)
**Subject:** FOR COORD: Vaccination Way Ahead (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

CLASSIFICATION: UNCLASSIFIED//FOR OFFICIAL USE ONLY PROTECTED BY PRIVACY ACT

SGM Crosby,

BLUF: The Pfizer-BioNTech COVID-19  vaccine available at the BAMC Vaccination Site is chemically identical to the Comirnaty vaccine.

From the ARNORTH OSURG: "The difference is solely the name on the label.  Another way to look at it is the difference between brand name and generic labeling.  Tylenol and Acetaminophen are identical.  Advil and Ibuprofen are identical.  Comirnaty and BNT162b2 are identical."

See Annex LL to FRAGO 5 TO HQDA EXORD 225-21:" The FDA-approved COVID-19 Comirnaty vaccine is the same as the Pfizer-BioNTech vaccine that was administered under the FDA's Emergency Use Authorization (EUA)."

And from the attached "equivalent memo":
 "Previously, on December 11, 2020, the FDA issued an Emergency Use Authorization (EUA) for the Pfizer-BioNTech COVID-19 vaccine, which has the same formulation as the Comirnaty vaccine. Per FDA guidance, these two vaccines are "interchangeable" and DoD health care providers should "use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine."

The vaccine is available now, please let me know NLT COB tomorrow, 6 OCT, whether or not you intend to get vaccinated. If you do not, we will set up mandatory counseling to review your way ahead.

Have a great evening,
LTC Teta

LTC Rich Teta
Commander, HHBN, U.S. Army North
Office: 210-221-4115
Gov Cell: 210-240-4870
Cell: 253-448-4473
NIPR: richard.p.teta.mil@mail.mil
SIPR: richard.p.teta.mil@mail.smil.mil

---

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA) <howard.a.crosby.mil@mail.mil>
**Sent:** Monday, October 4, 2021 3:43 PM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA) <richard.p.teta.mil@mail.mil>
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA) <shawndall.r.rawls.mil@mail.mil>; Messer, Scotty L SGM USARMY ARNORTH (USA) <scotty.l.messer.mil@mail.mil>

**Subject:** RE: FOR ACTION: Confirm COVID-19 Vaccination Status NLT COB 23 SEP 21 (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Sir,
A follow up portion for this email. I went to the VA today to get my blood drawn for my appointment on the 18th and asked about Comirnaty. They didn't even know what I was talking about and I had to show them the documents that it is the only FDA approved vaccine. They did not have any Comirnaty available. Just wanted to let you know that I'm still trying.

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: Howard_Crosby@hotmail.com
Government E-Mail: Howard.A.Crosby.mil@mail.mil

---

**From:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Sent:** Friday, October 01, 2021 5:30 PM
**To:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA); Messer, Scotty L SGM USARMY ARNORTH (USA)
**Subject:** RE: FOR ACTION: Confirm COVID-19 Vaccination Status NLT COB 23 SEP 21 (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

Sir,

BLUF: I have not received the vaccine yet as I haven't found where Comirnaty (the FDA approved shot) is available.

I went to Walmart today to see if I could get the Comirnaty shot and get more info about it, but they said they don't have it, and don't know when they will get it in. I also called the VA yesterday to set up an appointment with my PCM there to discuss if I should get the shot since I had an allergic reaction to the flu shot a while ago (that's why I haven't gotten one in a long time). I asked the lady setting up the appointment about the availability of Comirnaty, and she didn't even know what that was. Hopefully the doc that I see on the 18th of October can provide better insight. In the meantime I'll do my research and see if I should even try to request an exemption before the deadline for the shots.

On another note about the order... First, please forgive my questions as I try to learn a bit more about the requirements. Being a Religious Affairs NCO, one of my jobs while I was on AD for 9+ years at CENTCOM and 2+ years at SOCOM was to research things and try to make sure I advised my Chaplains to not step into something that could get them in trouble (Sometimes a full time job for that alone! LOL). So I write the following with that approach in mind.

I'm confused. In the document that you attached (reattached on this email), it was ordered that the only one mandatory shot is the "Pfizer/Comirnaty" shot. However, those are actually two shots that are legally distinct. While they can be used interchangeably for safety and efficacy, or to complete a series, the BLA specifically states (page three in the notes at the bottom, attached) that they are

"legally distinct." Since they are legally distinct, and the Pfizer shot is currently under EUA (see second attachment, 2nd page, top paragraph) and as such not authorized to be mandatory (21 U.S. Code Section 360bbb-3, link below), and as only the President can allow the waiver in writing for specific missions (10 U.S. Code Section 1107, link below), can you advise me on where the Comirnaty shots are or will be available? Does ARNORTH have the Comirnaty shot, or just the Pfizer shot? I'm finding it difficult to locate Comirnaty.

Sir, I'm not trying to be confrontational or difficult, there are many, many people (probably most!) way smarter than me in the command, so maybe there is something that I'm missing, or looking at incorrectly. If there is please let me know, I covet your input! I just want to make sure that you and others in the command are protected and advised on possible risks as from my perspective the Pfizer shot may not legally be allowed to be mandated. And if the Comirnaty shot isn't yet available, that could mess up your time tables. Maybe you aren't the right person to ask these questions of, so if you're able to point me in the right direction, I'd greatly appreciate it!

Anyway, I wanted to update you on my progress and respond as soon as possible so you didn't think I was ignoring the requirement or refusing to comply with the order. Thanks so much for all you are doing in navigating these difficult waters, and thanks for your time and help in this matter!
Respectfully,
SGM Crosby

[21 U.S. Code § 360bbb–3 - Authorization for medical products for use in emergencies | U.S. Code | US Law | LII / Legal Information Institute](#)


[10 U.S. Code § 1107 - Notice of use of an investigational new drug or a drug unapproved for its applied use | U.S. Code | US Law | LII / Legal Information Institute (cornell.edu)](#)

Respectfully,
Howard 'Howie' Crosby Jr., MBA
SGM, USAR
Drilling Individual Mobilization Augmentee (DIMA)
Master Religious Affairs NCO
RiderCoach®
U.S. Army North (Fifth Army)
1400 E Grayson St, San Antonio, TX 78208

Cell:813-399-1066
Personal E-Mail: [Howard_Crosby@hotmail.com](mailto:Howard_Crosby@hotmail.com)
Government E-Mail: [Howard.A.Crosby.mil@mail.mil](mailto:Howard.A.Crosby.mil@mail.mil)

---

**From:** Teta, Richard P LTC USARMY ARNORTH (USA)
**Sent:** Thursday, September 30, 2021 6:47 PM
**To:** Crosby, Howard A Jr SGM USARMY ARNORTH (USA)
**Cc:** Rawls, Shawndall R SSG USARMY ARNORTH (USA); Messer, Scotty L SGM USARMY ARNORTH (USA)
**Subject:** RE: FOR ACTION: Confirm COVID-19 Vaccination Status NLT COB 23 SEP 21 (UNCLASSIFIED//FOUO PROTECTED BY PRIVACY ACT)

CLASSIFICATION: UNCLASSIFIED//FOR OFFICIAL USE ONLY PROTECTED BY PRIVACY ACT

Good evening SGM Crosby,

We're working through this requirement slowly but surely. I appreciate your quick response and RFI.