IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **HOWARD CROSBY**,<br><br>          Plaintiff,<br><br>     v.<br><br>**LLOYD AUSTIN, III.**, in his official capacity as Secretary of Defense, *et al.*,<br><br>          Defendants. | Case No. 8:21-CV-02730-SDM-CPT |

**JOINT MOTION FOR AN ORDER VACATING THE CASE MANAGEMENT AND SCHEDULING ORDER AND DIRECTING THE PARTIES TO SUBMIT A REVISED CASE MANGEMENT REPORT**

The parties herby jointly move the Court for an order vacating the Case Management and Scheduling Order entered on December 5, 2022, ECF No. 75, and directing the parties to file a revised case management report proposing a revised schedule in 30 days. Good cause supports this request:

1. On July 15, 2022, the Court issued an order permitting the parties to file a case management report no later than August 15, 2022. ECF No. 67.

2. On August 15, 2022, the parties submitted a case management report. ECF No. 68. The report proposed deadlines for various pre-trial steps beginning on September 9, 2022. *Id*. at 1-2. For example, the parties proposed that the Court order the parties (1) to provide mandatory initial disclosures by September 9, 2022, (2) to disclose expert reports by November 8, 2022, and to complete discovery by January 18, 2023. *Id*.

1

3. The report also noted the parties' disagreements on some issues, including the deadline for joining a party or amending the pleadings, *id.* at 3-5, and Defendants' position that this litigation should not proceed before the Army decides whether to grant or deny Crosby's religious accommodation request, *id.* at 4-5.

4. On December 5, 2022, the Court issued a Case Management and Scheduling Order. ECF No. 75. The Order directs the parties to "conform to the deadlines proposed in the case management report" on August 15, 2022, including deadlines that have passed between the date that the parties submitted the case management report and the date that the Court issued the Case Management and Scheduling Order. *Id.* ¶ 1. Moreover, adhering to those deadlines at this stage would require unwarranted expedited discovery over the Christmas season. *Id.*

5. The parties agree that the deadlines proposed by the parties in August 2022 and adopted by the Court in December 2022 are no longer justified. The parties intend to confer further about how best to proceed in this action at the present time. Accordingly, the parties respectfully request an order (1) vacating the Court's Case Management and Scheduling Order, ECF No. 75, and (2) directing the parties to confer further and file a revised case management report within 30 days of the date of the Court's order vacating the Case Management and Scheduling Order, ECF No. 75.

6. The relief requested by the parties will not unduly delay the Court's efficient administration of the action.

Dated: December 9, 2022

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

Respectfully submitted,

/s/ *Liam C. Holland*
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Email: Liam.C.Holland@usdoj.gov

*Counsel for Defendants*


s/ *Brandon Johnson*
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

*Counsel for Plaintiff*

3