IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **HOWARD CROSBY**, <br><br>               Plaintiff, <br><br>v. <br><br>**LLOYD AUSTIN, III.**, in his official capacity as Secretary of Defense, *et al.*, <br><br>               Defendants. | Case No. 8:21-CV-02730-SDM-CPT |

## JOINT MOTION TO STAY PROCEEDINGS

The parties herby jointly move the Court for an order briefly staying proceedings in this matter. A district court "has broad discretion to stay proceedings as an incident to its power to control its own docket," *Ferrari v. N. Am. Credit Servs., Inc.*, 585 F. Supp. 3d 1334, 1336 (M.D. Fla. 2022) (citation omitted), and a short stay would preserve judicial and party resources in light of recently-enacted legislation pertinent to this action.

On December 23, 2022, the President of the United States signed into law the James M. Inhofe National Defense Authorization Act for Fiscal Year 2023, Pub L. No. 117-263, H.R. 1776, 117th Cong. (2022). Section 525 of the Act is titled "Recission of COVID-19 Vaccination Mandate." *Id*. In full, Section 525 provides:

> Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall rescind the mandate that members of the Armed Forces be vaccinated against COVID-19 pursuant to the memorandum dated August 24, 2021, regarding "Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members".

*Id*. A short stay would preserve resources while the provision is implemented.

1

The parties propose that they file a joint status report on or before January 27, 2023, addressing Defendants' implementation of Section 525.

Dated: January 5, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ Liam C. Holland
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Email: Liam.C.Holland@usdoj.gov

*Counsel for Defendants*

s/ Brandon Johnson
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

*Counsel for Plaintiff*