IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**HOWARD CROSBY**,

                Plaintiff,

v.

**LLOYD AUSTIN, III.**, in his official capacity as Secretary of Defense, *et al.*,

                Defendants.

Case No. 8:21-CV-02730-SDM-CPT

## JOINT STATUS REPORT

Pursuant to this Court's order, ECF No. 79, the parties respectfully submit this Joint Status Report addressing Defendants' implementation of Section 525 of the James M. Inhofe National Defense Authorization Act for Fiscal Year 2023, H.R. 7776, Pub L. No. 117-263, 117th Cong. (2022), 136 Stat. 2395.

Pursuant to Section 525, the Secretary of Defense issued a memorandum on January 10, 2023, rescinding his memorandum dated August 24, 2021, which required COVID-19 vaccination for members of the military. *See* 1/10/2023 SECDEF Memo ("DoD Rescission Memo") (attached as Ex. 1). On January 23, 2023, the Department of the Army issued its most recent fragmentary order ("FRAGO")[1] in this area. *See* FRAGO 37 (attached as Ex. 2). FRAGO 37 provides that "commands will immediately suspend initiating or taking final action on adverse administrative actions based solely on a soldier's refusal to comply with the rescinded mandate. Further

---

[1] A fragmentary order is "an abbreviated form of an operation order issued as need after an operation order to change or modify that order to execute a branch or sequel to that order." U.S. Dep't of Army, Field Manuel, Commander and Staff Organization and Operations, Glossary-6 FM 6-0 C1 (May 1, 2015).

instructions for these actions will be provided in a new comprehensive COVID-19 [execute order] to be published following receipt of implementing guidance from the Department of Defense." *Id.* ¶ 3.D.30.

### Plaintiff's Statement

Plaintiff proposes that the Parties provide a joint status report by February 10, 2023, setting forth their respective positions on how the case should or should not proceed, and proposed trial and briefing schedules, in light of Defendants' implementation of Section 525.

### Defendants' Statement

This case was transferred to this Court so that it could be resolved through consistent decisions and on similar tracks to related actions. ECF No. 63 at 2. Today, in one of those actions, this Court temporarily stayed proceedings pending resolution of mootness in the Navy and Marine Corps actions. Order, *Pilot v. Austin*, No. 8:22-cv-1278, ECF No. 216 at 3 (M.D. Fla. Jan. 27, 2023). Plaintiff provides no basis for departing from that reasonable approach here. A stay continues to be independently justified insofar as Army has indicated that it anticipates issuing a new comprehensive COVID-19 execute order. Ex. 2 ¶ 3.D.30.

If the Court believes that lifting the stay of proceedings in this case is warranted, Defendants propose that the Court adopt a schedule similar to one recently adopted in two related actions pending in the Jacksonville Division where plaintiffs are represented by the same counsel as Plaintiff Howard Crosby. Specifically, the Court should direct the parties to confer and file a notice with the Court on or before

February 24, 2023, stating the parties' positions on whether a live controversy exists in this action and, if the parties disagree, proposing a briefing schedule for addressing the issue. *See* Order, *Davis v. Austin*, No. 3:22-cv-237, ECF No. 68 (M.D. Fla. Jan. 25, 2023); Order, *Bongiovanni v. Austin*, 3:22-cv-580, ECF No. 58 (M.D. Fla. Jan. 25, 2023). Copies of those orders are attached for the Court's convenience. Exs. 3, 4.

Dated: January 27, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

Respectfully submitted,

*/s/ Liam C. Holland*
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Email: Liam.C.Holland@usdoj.gov

*Counsel for Defendants*

*/s/ Brandon Johnson*
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

*Counsel for Plaintiff*